```
Type of Work:          Text

Registration Number / Date:
                       TXu002195180 / 2020-03-12

Application Title: Florida WDO Inspection and 5 Other Unpublished Works.

Title:                 Florida WDO Inspection and 5 Other Unpublished Works.

Description:           Electronic file (eService)

Copyright Claimant:
                       ReportHost LLC.

Date of Creation:      2015

Authorship on Application:
                       ReportHost LLC, employer for hire; Domicile: United States;
                           Citizenship: United States. Authorship: Literary Works.

Pre-existing Material:
                       text.

Rights and Permissions:
                       Ethan Vodde, Lee & Hayes PC, 601 W. Riverside, Suite 1400,
                           Spokane, WA, 99201, (509) 944-4684,
                           ethan.vodde@leehayes.com

Copyright Note:        Regarding group registration: A group of unpublished works
                           may be registered in the same administrative class under
                           202.4(c) if the following requirements have been met: 1)
                           All the works must be unpublished; 2) the group may
                           include up to ten works; 3) a title must be provided for
                           each work; 4) all the works must be created by the same
                           author or the same joint authors; 5) the authorship
                           claimed in each work must be the same; and 6) the author
                           and claimant for each work must be the same person or
                           organization.

Names:                 ReportHost LLC

===============================================================================

Type of Work:          Text

Registration Number / Date:
                       TXu002195064 / 2020-03-12

Application Title: Four Point Insurance Inspection and 5 Other Unpublished
                       Works.

Title:                 Four Point Insurance Inspection and 5 Other Unpublished
                       Works.

Description:           Electronic file (eService)

Copyright Claimant:
                       ReportHost LLC.

Date of Creation:      2019
```

EXHIBIT

**3**

Authorship on Application:
                    ReportHost LLC, employer for hire; Domicile: United States;
                       Citizenship: United States. Authorship: Literary Works.

Pre-existing Material:
                    text.

Rights and Permissions:
                    Ethan Vodde, Lee & Hayes PC, 601 W. Riverside, Suite 1400,
                       Spokane, WA, 99201, United States, (509) 944-4684,
                       ethan.vodde@leehayes.com

Copyright Note:     Regarding group registration: A group of unpublished works
                       may be registered in the same administrative class under
                       202.4(c) if the following requirements have been met: 1)
                       All the works must be unpublished; 2) the group may
                       include up to ten works; 3) a title must be provided for
                       each work; 4) all the works must be created by the same
                       author or the same joint authors; 5) the authorship
                       claimed in each work must be the same; and 6) the author
                       and claimant for each work must be the same person or
                       organization.

Names:              ReportHost LLC

================================================================================