# Report Hoes, I mean Report Host nonsense

---

**gromicko** (Nick Gromicko, CMI) 1 October 19, 2023, 6:05pm

What a pile of crap.

7 Likes

---

**Reporthost and template deletion BS**

---

**Reporthost and template deletion BS**

---

**megbert2** (Michael Egbert) 2 October 19, 2023, 6:39pm

Can you shed any light on where the narratives in the free Internachi Residential template came from? I know at least one of the crawlspace comments was flagged.

1 Like

---

**gromicko** (Nick Gromicko, CMI) 3 October 19, 2023, 6:42pm

Ben and I wrote the templates many years ago. Kenton wrote the narrative library.

1 Like

---

**gromicko** (Nick Gromicko, CMI) 4 October 19, 2023, 6:45pm

These Report Host idiots remind me a lot of the Home Safe scum. Their owners are now broke under the weight of their own lawyers' legal fees over 7 years: **Nick Gromicko Wins Seven-Year Legal Battle to Protect Home Inspectors' Right to Use Infrared Cameras - InterNACHI®**

History is about to repeat itself.

5 Likes

EXHIBIT
4

---

**gromicko** (Nick Gromicko, CMI) 5 October 19, 2023, 6:59pm

Kevin called me. We went through everything. Looks like the majority of InterNACHI members will only need to delete 3 narratives or fewer.

I'm working on a solution for the rest of you which may require me to seek an injunction.

7 Likes

---

**megbert2** (Michael Egbert) 6 October 19, 2023, 7:22pm

The fix is relatively easy going forward, though still an entirely unnecessary nuisance. The bigger issue is access to past to past reports for inspectors and clients. Our clients have to email Spectora to request a pdf copy starting next month. It is not clear if that is extended to inspectors or if we're cut off.

2 Likes

---

**ruecker** (Ryan Uecker) 7 October 19, 2023, 7:24pm

> Nick Gromicko, CMI:
>
> Kevin called, we went through everything…

Thanks for being on it Nick. Much appreciated!

5 Likes

---

**gromicko** (Nick Gromicko, CMI) 8 October 19, 2023, 7:34pm

Dominic called me. If any InterNACHI member affected by any of this wants to try Home Inspector Pro (HIP) software, call (888) 750-4777 and tell them you are an InterNACHI member. I've negotiated 50% off for the first year so you can give it a try. This is for InterNACHI members only.

4 Likes

---

**Is anyone being harassed by ReportHost?**

---

**gromicko** (Nick Gromicko, CMI) 9 October 19, 2023, 7:50pm

Paul called me. If any InterNACHI member affected by any of this wants to try Home Gauge software, I've negotiated two options:

- You can have their web report writer for $1 at **https://www.homegauge.com/one/internachi-member-offers/**. It now works online and offline.

or

- You can have their classic desktop reporting software for 6 months for free by calling a special number they setup for me: (828) 548-0086 or emailing Lauren at **lauren@homegauge.com**. It includes both the classic desktop version and the web writer version.

These discounts are for InterNACHI members only.

1 Like

---

**gromicko** (Nick Gromicko, CMI) 10 October 19, 2023, 7:53pm

It appears to me that you're going to be OK staying at Spectora as well. For the vast majority of you, you are only losing a handful of narratives if I can't get this injunction.

2 Likes

---

**gromicko** (Nick Gromicko, CMI) 11 October 19, 2023, 7:56pm

For most of you, it's not worth freaking out over. Delete a few narratives that Report Hoes claim are theirs and move on.

3 Likes

---

**kwagstaff** (Kevin Wagstaff) 12 October 19, 2023, 8:00pm

Hey everyone, just want to clear up any confusion. As Nick is saying per the settlement, we're working with everyone to identify and delete the comments and certain templates to remove exposure. I've been on calls all morning and most won't see any business interruption from this settlement. For most the

impact is minimal, they create a new template and move on. Happy to chat with anyone that has questions or concerns. Just want us all to get back to building, growing and adding value.

4 Likes

---

**kwagstaff** (Kevin Wagstaff) 13 October 19, 2023, 8:01pm

Thanks Nick, you're right. Talking to those that skimmed the email and I get it, it has to be a full measure to comply with the terms.

1 Like

---

**kbartley** (Kenneth Bartley, CMI) 14 October 19, 2023, 8:17pm

I'm glad seeing this settle down.

Spectora is doing the heavy-lifting here by making the Templates easy to download/export, highlighting the offending narratives (allowing them to be changed), and allowing for an easy re-upload.

For any users utilizing my Template, no offending narratives/language was found.

2 Likes

---

**gromicko** (Nick Gromicko, CMI) 15 October 19, 2023, 8:18pm

> Kenneth Bartley, CMI:
>
> I'm glad seeing this settle down.

I'm not. I want to file suits to protect members. A life without enemies isn't a life worth living. 😉

5 Likes

---

**imayer** (Ian Mayer, CMI) 16 October 19, 2023, 8:45pm

My issue is they told me to change like 10 comments 4 years ago. I did.

Now they (Spectora) want to delete my last 4,000 or so inspections over "new" issues detected that I wasn't previously told about.

Personally, let Report sue me. RH doesn't have the bandwidth to sue every last individual inspector.

They're only going after Spectora because they know Spectora has $.

3 Likes

---

**kwagstaff** (Kevin Wagstaff) 17 October 19, 2023, 8:48pm

Hey Ian, I know this is a pain. Let's jump on a call when you have a minute. I don't want any InterNACHI or Spectora member to go through getting sued. We're doing our best to minimize impact.

2 Likes

---

**imayer** (Ian Mayer, CMI) 18 October 19, 2023, 8:55pm

I am busy for the next 2 hours-ish. But free from 4pm PST on.

---

**mrojek** (Mark Rojek, IL Lic. #450.011794) 19 October 19, 2023, 8:55pm

Hi Nick, if you and Ben wrote one or more of the offending narratives 30 years ago then could you potentially have a case against RH for IP theft as well?

1 Like

---

**kbartley** (Kenneth Bartley, CMI) 20 October 19, 2023, 9:00pm

I know you'd go to war for us.

I cant thank you enough for the path you've created and what you've done for the Industry.

That "path" is hugely responsible for my success.

2 Likes

---

**jjonas** (Jeffrey Jonas) 21 October 19, 2023, 9:01pm

> Nick Gromicko, CMI:
>
> I want to file suits to protect members

Remember that many Internachi Members are also users of Reporthost, and fallout from any actions you take may be harmful to them.
So… which members are you going to serve? One side, or the other, or all??

1 Like

---

**gromicko** (Nick Gromicko, CMI) 22 October 19, 2023, 9:11pm

> Jeffrey Jonas:
>
> So… which members are you going to serve? One side, or the other, or all??

The ones being harmed. If Report Hoes want to take it out on their own customers, then I suspect that gives those inspectors even more reason to leave. That's why I'm posting insane deals from other software vendors. That giant sucking sound you hear is Report Hoes losing business.

3 Likes

---

**gromicko** (Nick Gromicko, CMI) 23 October 19, 2023, 9:12pm

> Kenneth Bartley, CMI:
>
> I know you'd go to war for us.
>
> I cant thank you enough for the path you've created and what you've done for the Industry.
>
> That "path" is hugely responsible for my success.

Thanks! Credit goes to InterNACHI staffers.

1 Like

---

[gromicko](gromicko) (Nick Gromicko, CMI) 24 October 19, 2023, 9:15pm

LOL:




1 Like

---

[gromicko](gromicko) (Nick Gromicko, CMI) 25 October 19, 2023, 9:24pm

I just spoke to American Family Insurance who owns Home Gauge. They are a $15 billion dollar, Fortune 100 company. They assured me that they are not going to delete any narratives or templates.

Am Fam headquarters:



2 Likes

**ruecker** (Ryan Uecker) 26 October 19, 2023, 9:39pm

> Nick Gromicko, CMI:
>
> I just spoke to American Family Insurance who owns Home Gauge. They are a $15 billion dollar, Fortune 100 company. They assured me that they are not going to delete any narratives or templates…

Was your call the first they had heard of this issue? Or has RH contacted them?

---

**ramass** (Ron Amass) 27 October 19, 2023, 9:47pm

Kevin, please do what you can to keep our reports live! We and our clients need them. If they force them to come down, I say we talk damages and class suit against reporthost. This is BS

2 Likes

---

**ramass** (Ron Amass) 28 October 19, 2023, 9:50pm

Kevin, I should point out your team called me and was great. I realize that you and your team did not cause this.
With that said I don't do well with bullies, Nick lets Fight back!

1 Like

---

**bbojda** (Brad Bojda) 29 October 19, 2023, 9:53pm

Thanks to Nick, Kevin and teams for getting on this right away.

---

**jjonas** (Jeffrey Jonas) 30 October 19, 2023, 9:54pm

> Ron Amass:
>
> I realize that you and your team did not cause this.

How do you know this?
Everyone posting has claimed that they wrote their own narratives, so "how exactly" did those narratives make it into your templates to begin with?
Does Reporthost or Internachi have access to your templates?
So, if you didn't put them there, it must have been Spectora!

---

**kwagstaff** (Kevin Wagstaff) 31 October 19, 2023, 9:59pm

Thanks Ron! We are doing our best to minimize impact, while still allowing clients to get the reports they paid for!

---

**kwagstaff** (Kevin Wagstaff) 32 October 19, 2023, 10:03pm

I love a good conspiracy theory like the next guy, but we would have no reason to do this. Some inspectors have dozens of templates and have used narratives from others years ago and don't remember OR there is a chance their wording was similar (shoot, even identical) to something we scanned the whole system for. This would flag it even though it was original wording, which wasn't the intent but it can happen when there are only so many ways to say the toilet is cracked…

Also some inspectors got their original template from someone, and they didn't know where that template originated from. Hard to track down every breadcrumb, but we're just focused on helping our people get through this.

2 Likes

---

**ruecker** (Ryan Uecker) 33 October 19, 2023, 10:09pm

> Kevin Wagstaff:
>
> there are only so many ways to say the toilet is cracked….

The one I had flagged was so basically worded, it is hard to believe they can even copyright it. I didn't even know I had the narrative in my template, lol. I don't think I would use it as-is even if I knew it was there.




2 Likes

---

**gromicko** (Nick Gromicko, CMI) 34 October 19, 2023, 10:15pm

> Brad Bojda:
>
> Thanks to Nick, Kevin and teams for getting on this right away.

I second that.

1 Like

---

**jjonas** (Jeffrey Jonas) 35 October 19, 2023, 10:16pm

> Kevin Wagstaff:
>
> I love a good conspiracy theory like the next guy,

Actually, I see my posts as simply playing the Devils Advocate!
Ever see my posts to Nick? I feed him crap often, but it is to get to the 'bottom line facts'.
Asking the difficult questions helps to get to the truth! Nothing personal, just business.
Face it… many of your users will never ask you those questions directly. Takes someone like me that

Case No. 1:24-cv-01813-PAB-SBP Document 15-4 filed 09/09/24 USDC Colorado pg 11 of 154

doesn't give a hoot what you think of me, because I'm not dependent on your product to conduct my business.
Trust me, I've only just begun here!
(Besides, I promised your poster boy that I wouldn't start trouble… yet)! 😉

3 Likes

---

**gromicko** (Nick Gromicko, CMI) 36 October 19, 2023, 10:18pm

Kenton just came over. He has informed me that he will now never integrate the **InterNACHI Narrative Library** with Report Host.

2 Likes

---

**mroberts21** (Mark Roberts) 37 October 19, 2023, 10:24pm

> Ryan Uecker:
>
> The one I had flagged was so basically worded,

how did you know it was flagged? My templates are fairly plain jane and I've rewritten most of anything I've purloined from Big Ben, so how were you told about this?

---

**ruecker** (Ryan Uecker) 38 October 19, 2023, 10:26pm

> Mark Roberts:
>
> how did you know it was flagged? My templates are fairly plain jane and I've rewritten most of anything I've purloined from Big Ben, so how were you told about this?.

You would have gotten an email telling you which templates were affected. Then if you export that template the offending narratives will be highlighted in yellow.

---

**gromicko** (Nick Gromicko, CMI) 39 October 19, 2023, 10:28pm

I'm pleased to announce that InterNACHI will be providing, at no charge, Kenton, the author of the InterNACHI Narrative Library and templates to anyone needing him to testify under oath for any legal proceeding… that they are 100% our original works.

4 Likes

---

**jspencer** (Jeff Spencer) 40 October 19, 2023, 10:39pm

What is the condensed version of this as I am not following all of it? HG stole the narratives from INACHI and they are now telling inspectors that there is a copywrite on some of them so they cannot be used?

---

**gromicko** (Nick Gromicko, CMI) 41 October 19, 2023, 10:48pm

> Jeff Spencer:
>
> What is the condensed version of this as I am not following all of it?

Report Hoes went after Spectora to take down certain narratives and templates used by Spectora's customers, claiming they belong to Report Hoes.

2 Likes

---

**bcawhern1** (Brian Cawhern, CMI) 42 October 19, 2023, 10:49pm

@ruecker Just curious, how were you notified? Did the email from Spectora and the flagged reports happen simultaneously?

---

**ruecker** (Ryan Uecker) 43 October 19, 2023, 10:55pm

> Brian Cawhern, CMI:
>
> Just curious, how were you notified?.

Those of us that are affected got an email identifying the templates that need changes.

> Brian Cawhern, CMI:
>
> Did the email from Spectora and the flagged reports happen simultaneously?

No reports are affected, except that they will be quarantined after a while and if a client tries to access it through their dashboard, they will get a note on how to recover it. They will have access to their report, but they will have to ask for it evidently.

---

**bcawhern1** (Brian Cawhern, CMI) 44 October 19, 2023, 11:03pm

> Ryan Uecker:
>
> They will have access to their report, but they will have to ask for it evidently.

Do you have access to it?

---

**ruecker** (Ryan Uecker) 45 October 19, 2023, 11:07pm

> Brian Cawhern, CMI:
>
> Do you have access to it?.

I believe we do as of now. I haven't had time yet to check it out. I'm not sure if we will once it goes into quarantine. We have received another email but I haven't read it yet.

1 Like

---

**kwagstaff** (Kevin Wagstaff) 46 October 19, 2023, 11:13pm

Hey Ryan, just left you a vm to chat more. I'll try again tomorrow!

1 Like

---

**rueckerr** (Ryan Uecker) 47 October 19, 2023, 11:14pm

> Kevin Wagstaff:
>
> I'll try again tomorrow!..

Try again now if you can.

---

**bcawhern1** (Brian Cawhern, CMI) 48 October 19, 2023, 11:14pm

I am just a little surprised it "took everyone by surprise".

1 Like

---

**ruecker** (Ryan Uecker) 49 October 19, 2023, 11:19pm

> Brian Cawhern, CMI:
>
> I am just a little surprised it "took everyone by surprise"…

I didn't know anything about it until I got the email today. I'm not sure I'd ever even heard of RH prior to today.

2 Likes

---

**imayer** (Ian Mayer, CMI) 50 October 19, 2023, 11:22pm

Spectora has known about this for a year, but is now only giving users 12 days to save their business from utter catastrophe?

**ReportHost LLC v. Spectora Inc.**

Copyright case filed on February 23, 2022 in the Colorado District Court

Not cool.

1 Like

---

**imayer** (Ian Mayer, CMI) 51 October 19, 2023, 11:34pm

> Kevin Wagstaff:
>
> Hey Ian, I know this is a pain. Let's jump on a call when you have a minute. I don't want any InterNACHI or Spectora member to go through getting sued. We're doing our best to minimize impact.

If you delete all my old reports, you will be forcing me to violate the law of keeping records.

Which then breaches the contract between my company and you.

We have paid for a service that will no longer be being provided.

The legal ramifications of deleting old reports are huge.

8 Likes

---

**mbazzo** (Michael Bazzo, CMI) 52 October 19, 2023, 11:35pm

Virtually every member here works out of their home. Are you laughing at them too?

2 Likes

---

**kwagstaff** (Kevin Wagstaff) 53 October 19, 2023, 11:37pm

Hey Ian, I wish you would have just asked me. I know you know legal stuff gets drawn out. That's when they filed, not when this turned into a negotiation over resolution. And there are certain things you can't

talk about until it's resolved.

The settlement wasn't even decided until recently. As soon as we knew, we created a rollout plan and let people know.

We have no incentive to not give everyone as much heads up as possible.

2 Likes

---

**jbushart1** (James Bushart, PA, SCLA) 54 October 19, 2023, 11:42pm

Using someone else's words to write a report to sell to someone else seems to be an invitation to trouble - particularly considering how these vendors use these reports to harvest personal information about the homebuyer, buy and sell information as well as their own companies to one another, and try to enforce copyrights of common words and sentences.

It almost makes more sense to simply use your own words to describe a defect or anomaly, doesn't it?

3 Likes

---

**imayer** (Ian Mayer, CMI) 55 October 19, 2023, 11:45pm

> Kevin Wagstaff:
>
> Hey Ian, I wish you would have just asked me. I know you know legal stuff gets drawn out. That's when they filed, not when this turned into a negotiation over resolution. And there are certain things you can't talk about until it's resolved.
>
> The settlement wasn't even decided until recently. As soon as we knew, we created a rollout plan and let people know.
>
> We have no incentive to not give everyone as much heads up as possible.

And what do you mean ask you? I see you in person every 6 months. I'm supposed to just randomly ask if you have you been sued lately?

As it stands, if my old reports are deleted I will have to look into filing my own lawsuit against Spectora for breach of contract.

We review old reports every day due to clients/agents asking questions about old reports.

Case No. 1:24-cv-01813-PAB-SBP Document 15-4 filed 09/09/24 USDC Colorado pg 17 of 154

If we have to email you a copy of an old report, you will have to hire a person to do nothing by answering my team's emails every single day.

This "solution" opens me up to huge legal liabilities that can't just be corrected in such a short time line.

---

**kwagstaff** (Kevin Wagstaff) 56 October 19, 2023, 11:47pm

> If you delete all my old reports, you will be forcing me to violate the law of keeping records.
>
> Which then breaches the contract between my company and you.
>
> We have paid for a service that will no longer be being provided.
>
> The legal ramifications of deleting old reports are huge.

The reports will still be available to clients when they write in, so you'll be covered legally. And you still pay for service that you use, so I don't see the rationale there. These are the terms of a settlement that protect you and us in the future.

1 Like

---

**kwagstaff** (Kevin Wagstaff) 57 October 19, 2023, 11:49pm

> Ian Mayer, CMI:
>
> And what do you mean ask you? I see you in person every 6 months. I'm supposed to just randomly ask if you have you been sued lately?
>
> As it stands, if my old reports are deleted I will have to look into filing my own lawsuit against Spectora for breach of contract.
>
> We review old reports every day due to clients/agents asking questions about old reports.
>
> If we have to email you a copy of an old report, you will have to hire a person to do nothing by answering my team's emails every single day.
>
> This "solution" opens me up to huge legal liabilities that can't just be corrected in such a short time line.

I'll call you and tell you why none of these worries will be an issue.

---

**gromicko** (Nick Gromicko, CMI) 58 October 19, 2023, 11:49pm

> Ian Mayer, CMI:
>
> The legal ramifications of deleting old reports are huge.

I agree with Ian. If I was Spectora and a party to a settlement with Report Hoes, I would have my attorneys inform them that new and recent information (that not all the narratives they claim are theirs are actually theirs) has caused you to view the contract as invalid. Let them sue you (they won't). Then I'll help you beat them. Then I'll sue them forever and we'll see who runs out of money first.

4 Likes

---

**gromicko** (Nick Gromicko, CMI) 59 October 19, 2023, 11:51pm

> Kevin Wagstaff:
>
> I'll call you and tell you why none of these worries will be an issue.

OK. That's good.

1 Like

---

**imayer** (Ian Mayer, CMI) 60 October 19, 2023, 11:52pm

> Kevin Wagstaff:
>
> > If you delete all my old reports, you will be forcing me to violate the law of keeping records.
> >
> > Which then breaches the contract between my company and you.
> >
> > We have paid for a service that will no longer be being provided.

> The legal ramifications of deleting old reports are huge.
>
> The reports will still be available to clients, so you'll be covered legally. And you still pay for service that you use, so I don't see the rationale there. These are the terms of a settlement that protect you and us in the future.

No, it doesn't protect me at all.

It makes a giant mess.

We trusted you to store our HTML reports and Hi-Res photos.

All that disappears with just a pdf.

Unless you're going to refund me the last 4 years of all the money I've paid you to store my reports and hi-res photos this is a breach of duty on your part.

2 Likes

---

**gromicko** (Nick Gromicko, CMI) 61 October 19, 2023, 11:54pm

> Michael Bazzo, CMI:
>
> Virtually every member here works out of their home. Are you laughing at them too?

If they threaten to sue dozens of members claiming that something they say is their way of saying it… yes.

P.S. I work from home every day.

1 Like

---

**blinn** (Bob Linn, CMI®) 62 October 19, 2023, 11:54pm

@kwagstaff So my primary template was flagged, however there are no comments in it that are flagged. I reached out to the bubble and they said "at some point in the past your template must have had a comment that would have been flagged." So even though Spectora can't find any issues with my template, they are still deleting all my inspections. It's not the worst, but I typically inspect two or three houses each week that were inspected within the last one or two years. It was nice to be able to look at the past reports without digging up a pdf. Not a deal breaker by any means, but definitely annoying for

Spectora to do this when they agree that there isn't currently nor has there been an issue that they could pinpoint on any of my templates.

1 Like

---

**jspencer** (Jeff Spencer) 63 October 19, 2023, 11:55pm

> Nick Gromicko, CMI:
>
> Report Hoes went after Spectora to take down certain narratives and templates used by Spectora's customers, claiming they belong to Report Hoes.

Thank you for a simple & clear answer.
I disagree with a lot of your different posts and statements on here. But I am glad that you handle these types of situations the way that you do.

---

**gromicko** (Nick Gromicko, CMI) 64 October 19, 2023, 11:58pm

> James Bushart, PA, SCLA:
>
> It almost makes more sense to simply use your own words to describe a defect or anomaly, doesn't it?

And how does that advice help an inspector who simply "uses his own words to describe a defect or anomaly," and who has never even heard of Report Hoes… yet now finds out that Report Hoes says his/her words are Report Hoes' property and they are being deleted by a third party (Spectora) off the reporting platform they need to use every day to earn a living?

5 Likes

---

**jspencer** (Jeff Spencer) 65 October 20, 2023, 12:00am

How does an inspector lose the rights to the inspections that they created?

2 Likes

**gromicko** (Nick Gromicko, CMI) 66 October 20, 2023, 12:00am

> Jeff Spencer:
>
> How does an inspector lose the rights to the inspections that they created?

Another great question.

1 Like

**jspencer** (Jeff Spencer) 67 October 20, 2023, 12:04am

> Nick Gromicko, CMI:
>
> Another great question.

It makes no sense. You cannot use certain templates & comments, because you did not create it. In return, we now retain the rights to the inspections that you created.

1 Like

**kleonard** (Kevin Leonard, CPI/CMI) 68 October 20, 2023, 12:05am

> Jeff Spencer:
>
> How does an inspector lose the rights to the inspections that they created?

They shouldn't.

**gromicko** (Nick Gromicko, CMI) 69 October 20, 2023, 12:05am

This is exactly like the Home Safe trolls who tried to force inspectors to stop using infrared cameras on home inspections… that is until they sued an InterNACHI member: **Nick Gromicko Wins Seven-Year Legal Battle to Protect Home Inspectors' Right to Use Infrared Cameras - InterNACHI®**

They are all broke now. My attorneys caused their attorneys to invoice their client dry.

HISTORY REPEATS ITSELF!

1 Like

---

**imayer** (Ian Mayer, CMI) 70 October 20, 2023, 12:08am

> Nick Gromicko, CMI:
>
> > Ian Mayer, CMI:
> >
> > The legal ramifications of deleting old reports are huge.
>
> I agree with Ian. If I was Spectora and a party to a settlement with Report Hoes, I would have my attorneys inform them that new and recent information (that not all the narratives they claim are theirs are actually theirs) has caused you to view the contract as invalid. Let them sue you (they won't). Then I'll help you beat them. Then I'll sue them forever and we'll see who runs out of money first.

Please.

I just counted Spectora is threatening to delete 4,063 reports from my company.

I'm not sure how deleting 4,063 reports "protects" me.

Internachi Insurance is going to be swamped with frivolous claims if I have to file a notice every time a client wants to ask a question about an old report and my team can't quickly access the reports and get back to clients in a timely manner with how whatever they think we missed was in their report the whole time.

---

**kbrittain** (Kenneth Brittain) 71 October 20, 2023, 12:08am

Something similar has happened here in NC. A NC company that trains home inspectors and has developed their own in house reporting program with narratives has sent several previous users legal notices. Basically, when users started unsubscribing they would flag them and troll their website sample reports and run it through some sort of comparison AI program and if it flagged comments that were similar those inspectors were sent a letter.

The problem is this could be a trend and the smaller companies who are losing market share and revenue are going after the larger companies who have deeper pockets. I bet any report software provider would come up with similar results if the scanned their users templates.

2 Likes

---

**jspencer** (Jeff Spencer) 72 October 20, 2023, 12:14am

> Ian Mayer, CMI:
>
> I just counted Spectora is threatening to delete 4,063 reports from my company.
>
> I'm not sure how deleting 4,063 reports "protects" me.

When you send a client a copy of the inspection report, does it go through your email, or do they have to obtain it from Spectora?

1 Like

---

**imayer** (Ian Mayer, CMI) 73 October 20, 2023, 12:17am

We currently send from Spectora.

But not the point.

We get calls every day from agents/clients asking about past reports. Be it last week, 6 months ago, or 2 years ago.

Not being able to simply look up old reports will be a customer service nightmare.

3 Likes

---

**bcawhern1** (Brian Cawhern, CMI) 74 October 20, 2023, 12:18am

Everyone loves the cloud, until they don't! Then they move back 10 paces.

5 Likes

---

**sfetty** (Dave Fetty, CMI) 75 October 20, 2023, 12:21am

So true, after Ian (power loss and extended COMs failure) I was so happy that the boss kept hand written records of upcoming inspections.

1 Like

---

**jspencer** (Jeff Spencer) 76 October 20, 2023, 12:24am

> Ian Mayer, CMI:
>
> **We currently send from Spectora.**
>
> **But not the point.**
>
> We get calls every day from agents/clients asking about past reports. Be it last week, 6 months ago, or 2 years ago.
>
> Not being able to simply look up old reports will be a customer service nightmare.

It actually is my point. My reports are sent out by email. I can be anywhere and can pull up any report that I have ever sent to a client. No inspector should ever have to ask for permission or jump through hoops to get a report.

Spectora and any other company that controls the release and retainage of reports have way too much control over their users. Even worse if it is true that they are also using & selling sensitive information from those reports.
All of their users need to step up and force these companies to give these rights back to the inspectors.

2 Likes

---

**gromicko** (Nick Gromicko, CMI) 77 October 20, 2023, 12:26am

Spectora's attorneys couldn't have possibly allowed Spectora to enter into a settlement agreement with one party (Report Hoes), to do anything to the property of a third party (inspector) who isn't part of the agreement.

We must be missing something here.

Case No. 1:24-cv-01813-PAB-SBP Document 15-4 filed 09/09/24 USDC Colorado pg 25 of 154

5 Likes

---

imayer (Ian Mayer, CMI) 78 October 20, 2023, 12:28am

The reports are links to Spectora's servers.

The whole point of using Spectora is their interactive HTML report.

By taking away the HTML interactive report, they are taking away what we have paid them to provide to us.

2 Likes

---

bcawhern1 (Brian Cawhern, CMI) 79 October 20, 2023, 12:30am

> Nick Gromicko, CMI:
>
> We must be missing something here.

Cease and desist? Removing everything with Report Hoes fingerprints?

---

jbushart1 (James Bushart, PA, SCLA) 80 October 20, 2023, 12:31am

> Nick Gromicko, CMI:
>
> And how does that advice help an inspector who simply "uses his own words to describe a defect or anomaly," and who has never even heard of Report Hoes… yet now finds out that Report Hoes says his/her words are Report Hoes' property and they are being deleted by a third party (Spectora) off the reporting platform they need to use every day to earn a living?

When you choose to allow your vendor to own your inspection reports, they own a big part of your inspection business, too. Amusingly, the inspector is paying the vendor instead of the other way around since many are harvesting and selling data from those reports. Inspectors pay more than just the cost of the vendor's services, apparently, but who is the real bad guy? The vendor suing the other vendor or the vendor robbing the home inspector of his business property?

2 Likes

---

**mschneider5** (Michael Schneider) 81 October 20, 2023, 12:32am

> Kevin Wagstaff:
>
> there are only so many ways to say the toilet is cracked…




---

**ruecker** (Ryan Uecker) 82 October 20, 2023, 12:32am

> Brian Cawhern, CMI:
>
> Removing everything with Report Hoes fingerprints?..

I don’t know if the below narrative would be considered a “fingerprint,” Lol.

Can you imagine how many inspectors out there may have written something similar without ever even knowing of RH’s existence?




1 Like

---

**ruecker** (Ryan Uecker) 83 October 20, 2023, 12:33am

I just copyrighted and claimed all of these as my own. Pay up Michael! 😂

> Michael Schneider:


H write 20 different ways to tell a client their toilet is cracked

1. "We've identified a fracture in the toilet fixture."
2. "There's a breakage in the porcelain of the toilet."
3. "The toilet has sustained damage, displaying a visible crack."
4. "We've observed a breach in the toilet's structure."
5. "The toilet appears to be compromised with a noticeable crack."
6. "A fissure has been found on the toilet's surface."
7. "The porcelain on the toilet has been fractured."
8. "We've detected a significant defect in the toilet, involving a crack."
9. "The toilet has a distinct break in its material."
10. "There is an evident break in the toilet's integrity."
11. "We've noted a fracture in the toilet bowl."
12. "The toilet fixture exhibits a visible fault, characterized by a crack."
13. "There's a compromised section in the toilet with a discernible crack."
14. "We've identified a structural issue in the toilet, manifesting as a crack."
15. "The toilet is damaged, showing a clear break in the porcelain."
16. "A fracture has been detected in the toilet's composition."
17. "There's a noticeable flaw in the toilet, represented by a crack."
18. "The toilet has sustained a breakage, visibly evident as a crack."
19. "We've observed a breach in the toilet's surface, resulting in a crack."
20. "There's a defect in the toilet's structure, presenting as a crack in the porcelain."

image672×670 33.2 KB.

3 Likes

---

**bcawhern1** (Brian Cawhern, CMI) 84 October 20, 2023, 12:34am

> James Bushart, PA, SCLA:
>
> Amusingly, the inspector is paying the vendor instead of the other way around since many are harvesting and selling data from those reports.

Bingo! Winner winner.

---

**tbook** (Tyler Book, CMI® HI12183) 85 October 20, 2023, 12:36am

I couldn’t agree more. I have been asking Spectora for years at this point to allow us to self-host our reports. It’s ignored. And now here we are, faced with a huge problem for our business that wouldn’t be a problem if the reports were hosted on our own servers.

I have clients call me all the time to go over past reports. Agents too. This is terrible for everyone involved and while Spectora is singing the praises of how this is not really an impact to my business is just insulting. They don’t deal with my clients- I do.

What’s worse is that I don’t even think any of our reports have used the narratives in question. Just because they exist in the template, we are screwed.

I would also agree that this is a huge breach of trust and faith in the platform. SAAS is great until it isn’t. Especially when the people controlling your business aren’t the ones running it.

2 Likes

---

**ruecker** (Ryan Uecker) 86 October 20, 2023, 12:44am

> Tyler Book, CMI® HI12183:
>
> I would also agree that this is a huge breach of trust and faith in the platform…

Well, on the bright side, it prevents RH from coming after us personally.

---

**kwagstaff** (Kevin Wagstaff) 87 October 20, 2023, 12:44am

> Tyler Book, CMI® HI12183:
>
> I couldn’t agree more. I have been asking Spectora for years at this point to allow us to self-host our reports. It’s ignored. And now here we are, faced with a huge problem for our business that wouldn’t be a problem if the reports were hosted on our own servers.
>
> I have clients call me all the time to go over past reports. Agents too. This is terrible for everyone involved and while Spectora is singing the praises of how this is not really an impact to my business is just insulting. They don’t deal with my clients- I do.
>
> What’s worse is that I don’t even think any of our reports have used the narratives in question. Just because they exist in the template, we are screwed.

> I would also agree that this is a huge breach of trust and faith in the platform. SAAS is great until it isn't. Especially when the people controlling your business aren't the ones running it.

We're trying to minimize impact. Of course there is impact when there is a settlement. It's not ideal for all involved. Never meant any insult, just trying to help. FWIW it doesn't matter where reports are hosted, if they have copywritten material in them, they can be discovered. And maybe you know more than I do about the self-hosted thing. Sounds complex.

---

**gromicko** (Nick Gromicko, CMI) 88 October 20, 2023, 12:44am

Kevin, if you change your mind and want to fight this troll, I give you my word as a man and your friend and a member of our industry… you can count on me for up to $300K to pay the lawyers. That's plenty enough.

5 Likes

---

**Spectora - ReportHost - report deletion issue resolved. InterNACHI members' reports not being deleted**

---

**ruecker** (Ryan Uecker) 89 October 20, 2023, 12:50am

> Nick Gromicko, CMI:
>
> Kevin, if you change your mind and want to fight this troll,…




2 Likes

---

[jspencer](jspencer) (Jeff Spencer) 90 October 20, 2023, 12:52am

> Kevin Wagstaff:
>
> We're trying to minimize impact. Of course there is impact when there is a settlement. It's not ideal for all involved. Never meant any insult, just trying to help. FWIW it doesn't matter where reports are hosted, if they have copywritten material in them, they can be discovered. And maybe you know more than I do about the self-hosted thing. Sounds complex.

As a representative of Spectora please answer a question that everyone really wants to know. Can you 100% confirm or deny that the information in an inspection report completed on Spectora software is used by or sold to anyone other than the inspector and the person that originally paid for the inspection?

2 Likes

---

gromicko (Nick Gromicko, CMI) 91 October 20, 2023, 12:55am

Kevin, together we are at least 5 times stronger than Report Hoes, correct?

Sun Tsu in the Art of War says that when we are 5 times stronger than our enemy, we should attack

them. I'll fund it.

2 Likes

[Spectora - ReportHost - report deletion issue resolved. InterNACHI members' reports not being deleted]

---

[tbook] (Tyler Book, CMI® HI12183) 92 October 20, 2023, 12:55am

Yes- I understand- but I'm not even using these narratives. They just exist in the template. Them coming after me is the least of my concerns. Also remote publishing to ftp or sftp is pretty low level stuff. The reports are static html/css/js once it's all done. There's no way it's too complicated. You guys just don't want to lose control of the reports and have your "brand awareness" removed. Every inspection report published is an advertisement for you.

Forgive me for being rude, but this isn't the first time Spectora has made major business decisions on my behalf and surprised me with it.

Completely preventable.

2 Likes

---

[sfetty] (Dave Fetty, CMI) 93 October 20, 2023, 12:59am

> Nick Gromicko, CMI:
>
> Sun Tsu in the Art of War says that when we are 5 times stronger than our enemy, we should attack them. I'll fund i

Nick can you help us help home owners in Florida that have been delivered homes that do not meet current Codes? Under AG Pam Bondi we a few battles.

---

[tbook] (Tyler Book, CMI® HI12183) 94 October 20, 2023, 1:00am

If they've already settled what can be done? Sounds like we might be a little late to the party

1 Like

---

**ruecker** (Ryan Uecker) 95 October 20, 2023, 1:03am

> Tyler Book, CMI® HI12183:
>
> If they've already settled what can be done?.

The bad PR should be enough alone to sink them, in my opinion. Who claims to own (copyright) a basic narrative like this one? How could they even get a copyright on this phrase? 😂 😂 😂 😂

It's not even properly worded, much less unique.




2 Likes

---

**kshepard** (Kenton Shepard, CMI) 96 October 20, 2023, 1:06am

Kevin, for the InterNACHI Narrative Library, (I know it's not your main concern right now) but I've written all my own narratives. Any claims by Report Host that I've plagiarized them are absolutely false!
My narrative library templates are registered with the US Copyright Office. Let me know if I can help clarify anything.

2 Likes

**gromicko** (Nick Gromicko, CMI) 97 October 20, 2023, 1:15am

Kevin, in 100 years or less, neither of us will be alive. While we are here on earth, both in Colorado, let us live like men. Let's fight! I'll suit up.

4 Likes

**gromicko** (Nick Gromicko, CMI) 98 October 20, 2023, 1:19am

Kevin, once we are victorious, everything will change. Air will smell better. Food will taste better. Sex will be better!

You should yearn for this battle. Ache for it. Seek it.

Just get me in the ring, I'll slaughter this piddly dragon-wannabee.

4 Likes

**ruecker** (Ryan Uecker) 99 October 20, 2023, 1:23am

> Nick Gromicko, CMI:
>
> Sex will be better!.

Ok, I like the idea of going after these Meatheads, but now it's getting weird, lol.

2 Likes

**gromicko** (Nick Gromicko, CMI) 100 October 20, 2023, 1:27am

You took one line out of an entire post.

**sfetty** (Dave Fetty, CMI) 101 October 20, 2023, 1:27am

> Nick Gromicko, CMI:
>
> Kevin, in 100 years or less, neither of us will be alive. While we are here on earth, both in Colorado, let us live like men. Let's fight! I'll suit up.

You really have no clue how many THOUSANDS… maybe Millionss of home owners are being defrauded in FL.

---

**megbert2** (Michael Egbert) 102 October 20, 2023, 1:27am

This is a very big point and a very big question. The Spectora internachi template was flagged and that is likely what has snared most inspectors. They start with that known quantity template and then build and add their own narratives. Someone in this situation is lying to us all. Reporthost could be making baseless claims, in which case no inspector should loose access to their own work, or Internachi didn't originate all of the narrative text and in so doing through their members under the bus. We'll see how long it takes to find out.

In the mean time how about Spectora publishes a list of the narratives that report host claims are in violation?

If it is correct that the flagged narratives were created by Kenton or Ben or anyone besides reporthost then thus whole cluster F should not be happening. There needs to be a detailed explanation of what exactly transpired between Spectora and reporthost and exactly what the settlement will entail for inspectors, not just a wave of the hand and a don't worry. As of now, there are many practical details that have not been communicated.

This situation has created huge potential liabilities for inspectors that have used Spectora services for years. It is arguable that Spectora has breached their agreements with inspectors. The way Spectora has handled this so far makes the failed nextgen roll out look like a minor hiccup. I don't know how Spectora can recover reputationaly from their handling of this whole mess.

1 Like

---

**ruecker** (Ryan Uecker) 103 October 20, 2023, 1:28am

> Nick Gromicko, CMI:

> You took one line out of an entire post…

Yeah, but it was the best line.

1 Like

---

**gromicko** (Nick Gromicko, CMI) 104 October 20, 2023, 1:29am

> Michael Egbert:
>
> Internachi

It's not just InterNACHI templates and narratives (both of which we had long before Report Hoes even existed). It's templates and narratives from inspectors who claim to have authored their own stuff and whom have never even heard of Report Hoes. Are dozens of inspectors all lying???

It's just like when Home Safe got an inspector who never even held an IR camera to pay them $10K for infringement on their IR patent just to avoid a lawsuit. Same thing.

2 Likes

---

**mdunne** (Michael Dunne, CMI®) 105 October 20, 2023, 1:43am

My question to you Kevin, is will Spectora provide a list of the so-called copyrighted phrases or comments, THEN provide the proof that ReportHoes would HAVE to provide during the case to show that they have a copyright on those phrases.

I wasn't even affected by this debacle. My templates were double checked by your staff today so I'm not even in the game. That being said, I understand the minor inconvenience many will be subject to: re-doing one or more templates; and I understand that Major issue of Spectora, a 3rd party that is not included in the legal agreements of service between any inspector and their clients, removing the access to those reports that has been paid for by the inspection companies.

I mean this will no ill will, but Spectora agreeing to modify their clients data access or data, without consent of their clients, is a breach of the user agreement contract. Not only does this open you to potential legal actions from those affected that might be inclined enough to go after you, but it creates a chasm of distrust between us, your clients, and you, Spectora.

This whole thing is utter bullshit, and I think the majority opinion over this whole matter is that

ReportHoes is desperate for funds and relevance. As such, they seek not to improve the industry but instead aim to cause harm. I think you should sincerely discuss legal options with Nick, and rather than risk the ire of your clientele (of whom many are already on the warpath against you), and instead force ReportHoes to go the length on this. I bet they stand less than a 5% chance of success by either failing in proving their case, or by running out of funding to fight the issue.

Frankly, Spectora caving on this matter simply opens a doorway for other piddly companies such as ReportHoes to go after much larger companies, or inspectors, over frivolous BS.

You don't lose me as a client over this, that's for sure. But I fear you may lose some clients over your decision to settle instead of fight.

Just my opinion, but maybe food for thought, especially with the offer present on the table from Nick.

3 Likes

---

**gromicko** (Nick Gromicko, CMI) 106 October 20, 2023, 1:46am

Kevin is a victim of fraudulent inducement to enter a contract. It's clear now that dozens of inspectors who got the email didn't plagiarize anything from Report Hoes. Let's get him out and attack Report Hoes on all fronts at once. In the end, it will be partly a game of who-runs-out-of-money-first, a game I've played and won many times.

3 Likes

---

**gromicko** (Nick Gromicko, CMI) 107 October 20, 2023, 1:48am

Kenton Shepard… did you steal our narrative library from Report Hoes?

---

**jreim** (John Reim, CMI, 450.0001299) 108 October 20, 2023, 1:59am

I had a whopping total of one comment in my template that was flagged. One. Deleting that single comment and creating a new template was pretty easy. Support, as usual, was extremely helpful. It took me 5 minutes. However, that template has taken me over 5 years to build. Hundreds of hours invested into creating, editing, building, and modifying. It is my intellectual property. The hundreds of reports I have created with that template over the years are my property. I along with my previous clients deserve the right to have access to those reports. What legal right do you have @kwagstaff to hold our property

hostage? I truly hope you understand the impact of this decision? Please take Nick up on his offer and counter sue the balls off of these pricks. You will have the backing of InterNACHI, and all of your subscribers.

2 Likes

---

**kshepard** (Kenton Shepard, CMI) 109 October 20, 2023, 2:04am

The InterNACHI Narrative Library is my work. It's not the free version to members that Ben Gromicko wrote. It's a long-term project that I first released and have been developing and improving since 2008. It now sells for $225.
I'm 71. Most of my income comes from my template sales. All 7,000 comments of my residential template (depending on which software you use) are written by me and most have been edited multiple times over the years (every three years for every software version starting in 2008).
In 2015 I wrote, reviewed or edited around 40,000 of my narratives. The idea that I would plagiarize from ReportHost is ludicrous!
Report Host has not sued me, so if they think I've stolen the comments… why not? Pretty easy answer to that.
I don't have any detailed answers. I expect the dust will settle soon. I sell templates to many Spectora inspectors and always do my best to see that they succeed, and this mess threatens my income as well as those who've bought my templates, so… my concerns are the same as yours.

1 Like

---

**gromicko** (Nick Gromicko, CMI) 110 October 20, 2023, 2:10am

> Kenton Shepard, CMI:
>
> The idea that I would plagiarize from ReportHost is ludicrous!

Or anyone else. I've tried to author some stuff for Kenton. Some of it was my very best work. He changed every word. LOL. He's really hard to please and would never copy anything.

---

**cgant** (Cory Gant, CCB219540, OCHI2015) 111 October 20, 2023, 2:24am

This is true.

I had only one comment flagged which proves it was simply coincidence. But I will have to jump through the hoops to change my template and my past reports will be removed from the cloud. This appear to make no sense with the information we have been given.

1 Like

---

**gromicko** (Nick Gromicko, CMI) 112 October 20, 2023, 2:32am

> Cory Gant, CCB219540, OCHI2015:
>
> I had only one comment flagged which proves it was simply coincidence. But I will have to jump through the hoops to change my template and my past reports will be removed from the cloud. This appear to make no sense…

How absurd.

1 Like

---

**imayer** (Ian Mayer, CMI) 113 October 20, 2023, 2:55am

> Kevin Wagstaff:
>
> > If you delete all my old reports, you will be forcing me to violate the law of keeping records.
> >
> > Which then breaches the contract between my company and you.
> >
> > We have paid for a service that will no longer be being provided.
> >
> > The legal ramifications of deleting old reports are huge.
>
> The reports will still be available to clients when they write in, so you'll be covered legally. And you still pay for service that you use, so I don't see the rationale there. These are the terms of a settlement that protect you and us in the future.

What you're not getting.

When a client goes to look at their report and it's suddenly not there and they have to write to get a copy of the PDF, they won't know who Report Hoose is, they won't know who Spectora is.

All they know is MY company sold a service of a pretty interactive HTML report.

All the clients will know is they have a legally binding contract with us.

They don't have a contract with Spectora.

All they will know is they will feel like like got a bait and switch from my company because their reports are gone.

The economic impact of having 4,000 clients feel like they got a bait and switch is potentially enormous.

It doesn't matter if they can write and eventually get a PDF copy. It's not what they paid us for. We sold them on the beauty of working with us, and now we potentially won't be able to back that up.

I pay Spectora a lot of money every month to make my company look good. If Spectora takes that away, my company no longer looks good. My company is the one damaged.

None of my clients are going to give a flip about your legal problems, they're going to blame my company.

This line of action doesn't protect me. It severely damages my company's reputation.

11 Likes

---

**ideburger** (Isaac Deburger) 114 October 20, 2023, 10:56am

For the record, it is not just a few comments and no big deal. The export spreadsheet is laughably inaccurate. There are comments flagged that I know for certain I wrote completely myself, some of them within the last month. On the other hand, there are probably hundreds of comments that were not flagged that are exactly right out of Reporthost's software (I don't use these, they just sit in hidden areas of the template). This is a joke, and is going to take a lot of time and energy to sort out. That's bad enough, but what is worse - the web based reports I have paid a premium for over the last 5 years will be gone. Just like that. I look like an idiot to all my past clients, and breach my contract with them to provide the reports in perpetuity. This is surreal.

5 Likes

---

**avanwyk2** (Adam Van Wyk) 115 October 20, 2023, 12:44pm

Kevin - I'm a big fan of you/Spectora and appreciate what you've done for my business and our industry. However, this situation concerns me and I have several questions. I'll start with this:

*What exactly will the process of accessing deleted reports look like? And how long will it take to access a deleted report?*

3 Likes

---

**aduhaime** (Arthur Duhaime, CPI, RMS, CRT) 116 October 20, 2023, 2:06pm

So I have been using Spectora for 4+ years and this is the first I'm hearing of this. I have some templates that were from the sharing platform. How do I know if I'm affected or not?
@kwagstaff Have you notified all the affected users yet?

2 Likes

---

**jjonas** (Jeffrey Jonas) 117 October 20, 2023, 2:49pm




8 Likes

**bcawhern1** (Brian Cawhern, CMI) 118 October 20, 2023, 3:04pm

Basically:




3 Likes

**gromicko** (Nick Gromicko, CMI) 119 October 20, 2023, 3:13pm

Kevin. Do this: Don't delete anything. Breech your settlement agreement. Now you force Report Hoes to make a decision. They'll make the right one and go away. For the same reasons you desperately tried to avoid a legal battle, they also don't want one with me.

8 Likes

**cmayne2** (Chelsea Mayne) 120 October 20, 2023, 5:25pm

As Nick posted earlier, if you're an inspector impacted by #commentgate2023, we will give you 6 months of software and services for free when you make the switch to HomeGauge! You'll be billed our regular rate of $89/month after that. Our comments are 100% authentic, crafted by our founder Russell himself (poor grammar and all).

2 Likes

**ruecker** (Ryan Uecker) 121 October 20, 2023, 6:10pm

> Chelsea Mayne:
>
> #commentgate2023…

I like that. It's gotta nice ring to it, lol.

3 Likes

**kbrittain** (Kenneth Brittain) 122 October 20, 2023, 6:27pm




2 Likes

---

**gromicko** (Nick Gromicko, CMI) 123 October 20, 2023, 6:36pm

Help! Our attorneys need any emails you all got from Spectora. Post them here or email them to me at **nick@internachi.org**

We're going to get this injunction filed to save your reports, templates, and narratives.

Help!

5 Likes

---

**jyoung32** (Joe Young) 124 October 20, 2023, 6:55pm

> Chelsea Mayne:
>
> As Nick posted earlier, if you're an inspector impacted by #commentgate2023, we will give you 6 months of software and services for free

Can we get a check instead and apply it to our Spectora subscription?

---

**jspencer** (Jeff Spencer) 125 October 20, 2023, 7:05pm

> Joe Young:
>
> > cmayne2:
> >
> > As Nick posted earlier, if you're an inspector impacted by #commentgate2023, we will give you 6 months of software and services for free
>
> Can we get a check instead and apply it to our Spectora subscription?

Is this a serious question?

---

**jyoung32** (Joe Young) 126 October 20, 2023, 7:15pm

> Jeff Spencer:
>
> Is this a serious question?

Does it need to be?

Just introducing a little levity. Happy Friday.

2 Likes

---

**cmayne2** (Chelsea Mayne) 127 October 20, 2023, 7:19pm

Also curious.

1 Like

---

**gromicko** (Nick Gromicko, CMI) 128 October 20, 2023, 7:29pm




**Reporthost vs Spectora**

[et_pb_section fb_built="1″ admin_label="section"

_builder_version="4.17.3″ custom_padding="2px||22px|||" global_colors_info="{}"][et_pb_row admin_label="row" _builder_version="4.16″ background_size="initial" background_position="top_left"...

Est. reading time: 54 minutes

---

**gromicko** (Nick Gromicko, CMI) 129 October 20, 2023, 9:00pm

Legal documents: **Report Host vs Spector documents. - InterNACHI®**

---

**tbrady1** (Trevor Brady) 130 October 20, 2023, 10:04pm

Just forwarded two of them to you!

---

**ruecker** (Ryan Uecker) 131 October 20, 2023, 10:13pm

I love the part about the Shakers in the video, lol. You guys are having too much fun in this one! 😂

---

**tglaze** (Thomas Glaze) 132 October 20, 2023, 10:27pm

> Ryan Uecker:
>
> I love the part about the Shakers in the video

Are all the the shenanigans with this fallout going to hurt your commissions?? 🤔

4 Likes

---

**ruecker** (Ryan Uecker) 133 October 20, 2023, 10:29pm

> Thomas Glaze:
>
> Are all the the shenanigans with this fallout going to hurt your commissions?? 🤔.

I'm afraid to call and ask right now. 😬

3 Likes

---

**kgordon5** (Kurvin Gordon) 134 October 20, 2023, 10:59pm

Hello, my template was flagged. Two items to note that i dont see discussed. 1st will only the report that used the flagged content be removed or will all the reports that used the offending template be deleted even if the comment wasnt used.

The second is for reinspections and new builds. How we will now do reinspections and publish the new report if we cant access the original report? This applies to new builds will our clients no longer have a portal with their predrywall report and final walk through report?

I can see alot of work on my end or crediting back clients because we sold them on the technology.

---

**ruecker** (Ryan Uecker) 135 October 20, 2023, 11:09pm

> Kurvin Gordon:
>
> Two items to note that i dont see discussed. 1st will only the report that used the flagged content be removed or will all the reports that used the offending template be deleted even if the comment wasnt used…

As for now, it will be all reports that used that template, whether or not the comment was used or even if the comment was in your template at the time. Keep in mind the reports are not being deleted. They will be available in PDF by request. Or you can get all your PDFs' now by turning on the Google back-up.

> Kurvin Gordon:
>
> How we will now do reinspections and publish the new report if we cant access the original report?.

Basically I don't think you will be able to use the reinspection feature. You will have to create a stand-

alone reinspection report.

> Kurvin Gordon:
>
> This applies to new builds will our clients no longer have a portal with their predrywall report and final walk through report?.

That's a good question. I'm guessing not.

---

**kgordon5** (Kurvin Gordon) 136 October 20, 2023, 11:50pm

Thanks for the responses. Something else I was thinking was our 11 Month warranty and maintenance inspections as well. Basically anything where we might need to reference back to the originals report there would be some difficulty.

---

**ruecker** (Ryan Uecker) 137 October 21, 2023, 12:23am

> Kurvin Gordon:
>
> Basically anything where we might need to reference back to the originals report there would be some difficulty…

Yes indeed. That is a much bigger problem than having to duplicate our templates.

@gromicko I believe is trying to stop access to our existing reports from being restricted. I'm not sure what angle he is taking specifically, but I hope it works!

---

**kgordon5** (Kurvin Gordon) 138 October 21, 2023, 12:48am

I see alot of people commenting about how easy of a fix it is. And they are right it is super easy and if that was the only impact i would just go with it. I havent seen the discussion of ongoing inspections. Just yesterday i did a predrywall inspection, next week i have two final walk through inspections and a 11 month warranty inspection. People need to realize the fix is easy but if you do new build or maintiance inspections it will be a lot more time in the future.

1 Like

---

**treynolds11** (Tyler Reynolds, CMI®) 139 October 21, 2023, 12:58am

```
 I want to start this off by saying none of my templates were flagged. I go
 My real concern in all of this is that for 2 years I have paid Spectora fo
It is very concerning that they are taking our money and when push comes to
```

---

**bhull1** (Bert Hull, CMI® TN #1162) 140 October 21, 2023, 10:24am

> Michael Schneider:
>
> > Kevin Wagstaff:
> >
> > there are only so many ways to say the toilet is cracked…

H write 20 different ways to tell a client their toilet is cracked

1. "We've identified a fracture in the toilet fixture."
2. "There's a breakage in the porcelain of the toilet."
3. "The toilet has sustained damage, displaying a visible crack."
4. "We've observed a breach in the toilet's structure."
5. "The toilet appears to be compromised with a noticeable crack."
6. "A fissure has been found on the toilet's surface."
7. "The porcelain on the toilet has been fractured."
8. "We've detected a significant defect in the toilet, involving a crack."
9. "The toilet has a distinct break in its material."
10. "There is an evident break in the toilet's integrity."
11. "We've noted a fracture in the toilet bowl."
12. "The toilet fixture exhibits a visible fault, characterized by a crack."
13. "There's a compromised section in the toilet with a discernible crack."
14. "We've identified a structural issue in the toilet, manifesting as a crack."
15. "The toilet is damaged, showing a clear break in the porcelain."
16. "A fracture has been detected in the toilet's composition."
17. "There's a noticeable flaw in the toilet, represented by a crack."
18. "The toilet has sustained a breakage, visibly evident as a crack."
19. "We've observed a breach in the toilet's surface, resulting in a crack."
20. "There's a defect in the toilet's structure, presenting as a crack in the porcelain."

There are about 35,000 Internachi members and who knows how many non-members doing home inspections. Give us over 35000 ways to say the toiled is cracked.

Wait, AI can't even give us 20, apparently. Let's read those 20 statements you posted. 1/2 of them are nonsense and if you put it in your report you would look like an idiot. "We've observed a breach in the toilet's surface, resulting in a crack". What exactly is coming out of the surface?

You just made Kevin's point. There are only so many ways to say the toilet is cracked.

2 Likes

---

**mschneider5** (Michael Schneider) 141 October 21, 2023, 1:08pm

> Bert Hull, CMI® TN #1162:
>
> 1/2 of them are nonsense and if you put it in your report you would look like an idiot.

Yea, you're not wrong, I was kinda joking.

Although I have used ChatGPT with great results in my own template. Premium version of ChatGPT creates a starting point ("write a home inspection comment regarding missing kick-out flashing. Include possible implications including moisture damage to the inner wall and discoloration on the exterior veneer. Include possible corrections. Write it in a professional yet approachable way. Do not use the phrase "on our inspection we observed"). Then I manually edit the response (it's usually too long), then I used a premium version of Grammerly to have a second pass as it. Premium Grammerly is **really** good at rewording things and making it much smoother.

2 Likes

---

dhorton2 (Daniel Horton, CMI®) 142 October 21, 2023, 3:40pm

I haven't been affected at all yet, but I want to sue for anxiety! 😅

6 Likes

---

bcawhern1 (Brian Cawhern, CMI) 143 October 21, 2023, 3:51pm

Careful, Chat GPT might return a Report Host narrative, lol 😄

I ran your statement thru ChatGPT and this is the end result.

> It is strongly advised that a qualified professional, such as a licensed contractor or roofing specialist, assess and address this kick-out flashing deficiency promptly to safeguard the property from potential moisture-related complications and maintain its overall structural soundness and visual appeal.

Not bad I suppose. Certainly a tool to move an inspector forward. One issue I have and as you mentioned, ChatGPT narratives need heavy editing.

3 Likes

---

jjonas (Jeffrey Jonas) 144 October 21, 2023, 3:57pm

> Brian Cawhern, CMI:
>
> One issue I have and as you mentioned, ChatGPT narratives need heavy editing.

And it seems that in the time he took to write that well thought out question/instructing parameters, he could have written his own quality narrative!

6 Likes

---

**bcawhern1** (Brian Cawhern, CMI) 145 October 21, 2023, 4:02pm

> Jeffrey Jonas:
>
> the time he took to write that well thought out question/instructing parameters,

Yep, his answer was in the structure of his question.

> Michael Schneider:
>
> missing kick-out flashing. Include possible implications including moisture damage to the inner wall and discoloration on the exterior veneer. Include possible corrections.

I doubt people care about this in their report. But my narratives are pretty consistent. When a ChatGPT statement comes up in a report, it will stick out like a sore thumb.

2 Likes

---

**imayer** (Ian Mayer, CMI) 146 October 21, 2023, 4:04pm

> Brian Cawhern, CMI:
>
> Careful, Chat GPT might return a Report Host narrative, lol 😄

The thing is, you are 100% accurate. It would be entirely possible.

4 Likes

---

**bcawhern1** (Brian Cawhern, CMI) 148 October 21, 2023, 4:14pm

Thread is about to get hijacked. The very first paragraph was enough if you felt it necessary to spell out the dangers of dryer vents. Also, verifying the "clarity" of the dryer vent? Sounds like it is from someone where English is not their first language.

However, you missed the critical defect, the screen!

2 Likes

---

**jjonas** (Jeffrey Jonas) 151 October 21, 2023, 4:20pm

> Michael Schneider:
>
> It just gives you a good starting point instead of a blank page.

And that is exactly where these problems such as with RH and most all others stem from!
Most every Software provides a very basic/generic narrative to get the new user started. All new users are expected to make changes to that basic narrative to make it perform the way the user needs it to.

Where I think the real problem comes from with RH, is that one or more of the owners are/were home inspectors, and their "thing" was for software "Ready-to-Go" right out of the box. They accomplished this by using the same narratives the owners use in their own inspection reports. Make money by using their own narratives. Sounds great, until they get butthurt because someone used a narrative that they themselves use!

1 Like

---

**imayer** (Ian Mayer, CMI) 152 October 21, 2023, 4:21pm

> Brian Cawhern, CMI:
>
> Thread is about to get hijacked.

Exactly. The issue really isn't about wording in narratives.

Fixing a few narratives Report Hose thinks they own is easy.

The issue is Specora threatening to delete thousands upon thousands of existing HTML inspections that clients have already paid for.

5 Likes

---

**bcawhern1** (Brian Cawhern, CMI) 153 October 21, 2023, 4:24pm

> Michael Schneider:
>
> I strive for excellence, not adequacy

In my opinion, it is filler. Typically seen where new inspectors are trying to justify their existence or fee. It is also a bit condescending. What does a homeowner really want? Meat and potatoes, "tell me what is wrong so I can have it addressed". If you do need to add this filler, make it as economic as possible.

> Michael Schneider:
>
> Yea I don't love clarity either jut it was the best I could think of.

If you feel the need to disclaim what is already in your SoP (visual inspection).

The internal condition of the dryer vent was not visible. Inspecting this component is beyond the scope of this inspection.

3 Likes

---

**bcawhern1** (Brian Cawhern, CMI) 154 October 21, 2023, 4:27pm

> Ian Mayer, CMI:
>
> The issue is Specora threatening to delete thousands upon thousands of existing HTML inspections that clients have already paid for.

Sorry Ian. I agree and you have an excellent point. I hope you can keep the pedal to the floor on this!

4 Likes

**bcawhern1** (Brian Cawhern, CMI) 156 October 21, 2023, 4:32pm

> Michael Schneider:
>
> I added this comment after a client asked me why I didn't explain how I don't test the dryer exhaust.

Never had that question in my life. Certainly a home owner is going to have questions about their home. Maybe a Home Book? I hate to remind you what a home inspection is, it is typically clearly defined in your SoP. I am just encouraging you to keep that filler to a minimum, but you do you.

2 Likes

---

**ruecker** (Ryan Uecker) 158 October 21, 2023, 4:36pm

> Michael Schneider:
>
> The **minimum** is defined in the SOP. The sop says nothing about creating a report that is aesthetically appealing and easy to use and more helpful than the next guy…

To bring this full circle, the SoP should be updated to ban unlawful use of copyrighted narratives! 😅

4 Likes

---

**jjonas** (Jeffrey Jonas) 159 October 21, 2023, 4:37pm

> Brian Cawhern, CMI:
>
> I am just encouraging you to keep that filler to a minimum, but you do you.

**OR**… include a section at the end of the report for "Maintenance Information", and place a reference to it in the narrative directing them there… **OR**, better yet… Build a Page on your website for that type of info, and include a Hyper-Link to your website page so they get sent there to build your SEO juice!!

5 Likes

**jbushart1** (James Bushart, PA, SCLA) 160 October 21, 2023, 4:41pm

I believe there is something inherently dishonest in using someone else's words to write a home inspection report … and then selling those words to someone else as if they came from you.

Before vendors took over the home inspection industry, literacy was a part of the job. Today, home inspectors are at the mercy of their vendors for even access to the reports made up of the words they leased from them.

Buying a software program to write and sell your own inspection reports is certainly something a vendor would discourage (for obvious reasons) but would give you control over your business back. I couldn't help noticing that a podcast posted yesterday had an infamous lead broker defending the position of the vendor who sold you out. I wonder if there is a connection there.

6 Likes

**megbert2** (Michael Egbert) 161 October 21, 2023, 6:05pm

I think that the regular "narrative haters" are missing or glossing over an important detail in these recent events. It looks like the majority of offending templates had one or two narratives that were flagged, and one in particular about water in a crawlspace has been mentioned by multiple inspectors. That particular comment appears in the INTERNACHI TEMPLATE in Spectoras template library!

We haven't seen any clarity on this yet, but can Internachi prove they wrote that comment independently of reporthost? If so then there is no reason at all that the html versions of past reports should be pulled.

Many many inspectors have clearly used the InterNACHI template as a starting point. Why shouldn't they have? And then added and wrote extensive new comments on their own. Inspectors who used that template as a format starter and added entirely new text throughout it have found that themselves caught in this because the original template, from the library, with Internachi in the title, had at least two sentences that reporthost claims ownership of.

This isn't about inspectors all of stealing reporthosts text and doing half assed inspections. It is about reporthost claiming ownership of very broad language that frequently appears in inspection reports. That is something that could impact any inspector here. This action is setting a precedent for future spurious lawsuits against home inspectors.

It is Spectora settling today but I have seen nothing that says reporthost or someone else won't persue future bogus copyright claims and action against inspectors on an individual basis. You may have written everything from scratch but do you have the funds and time to prove it against a copyright troll if you have to?

This situation feels like some a$$hat with cr@pware software decided to trade mark **Lorem Ipsum** so they could go after typesetters and web developers.

6 Likes

---

**imayer** (Ian Mayer, CMI) 162 October 21, 2023, 6:45pm

I feel there is a lot of background information some people are unaware of: This Report Host issue originally came up in July 2020.

At the time, those affected were told what they had to do to satisfy RH demands. Those actions were taken. Those affected were then led to believe they were now good and no further action would need to be taken.

At the time, Nick Gromino offered to pay Report Host whatever they felt they were owed to make this go away and leave Spectora out of it. RH never accepted the offer. And after a few months, the issue appeared to have gone away. RH ceased to take additional steps to inform anyone they were still not happy.

Until they then sued Spectora in April of 2022. No one is mad at Specora for being sued. They are unfortunately being targeted just because they are easy targets.

The problem is the proposed solution to delete many thousands of HTML inspection reports clients have paid for. It's that users were given the impression this was settled 3 years ago. And the general ill feeling that RH decided to sue Spectora rather than accept a settlement 3 years ago.

Fixing the template going fwd is a non-issue, it takes 10 minutes to fix. But to have RH force Spectora to delete thousands of inspections other people have paid for leaves users caught in the middle of a fight we didn't know we were in.

I feel really bad that the brothers are being caught up in this simply because they are successful. I have hung out with both Kevin and Mike many times and they are amazing people.

But at the same time, I have 4,000+ clients who stand to be affected by this for a fight they don't even know exists. And that is the heart of the issue: The clients who don't know what might be coming.

4 Likes

---

**ddagostino** (Dominic DAgostino, CMI HI3957) 163 October 21, 2023, 7:38pm

> Ian Mayer, CMI:
>
> But to have RH force Spectora to delete thousands of inspections…

It more sounds like Spectora willingly agreed to this or maybe even suggested it, to avoid a monetary settlement.

3 Likes

---

**ccurrins** (Christopher Currins, CMI) 164 October 21, 2023, 8:51pm

> Ian Mayer, CMI:
>
> But to have RH force Spectora to delete thousands of inspections other people have paid for

Apparently they needed a better lawyer(s). I can see that being challenged multiple ways, especially in licensed States.

2 Likes

---

**bcawhern1** (Brian Cawhern, CMI) 165 October 21, 2023, 8:54pm

> Dominic DAgostino, CMI HI3957:
>
> to avoid a monetary settlement.

Somewhere in those legal documents provided my Nick, each narrative was going to cost $150k

---

**ccurrins** (Christopher Currins, CMI) 166 October 21, 2023, 8:59pm

> Brian Cawhern, CMI:
>
> Somewhere in those legal documents provided my Nick, each narrative was going to cost $150k

So instead they just removed hundreds of thousands of reports?

1 Like

---

**ruecker** (Ryan Uecker) 167 October 21, 2023, 9:13pm

> Christopher Currins, CMI:
>
> So instead they just removed hundreds of thousands of reports?.

Well, not exactly. The reports will still be available in PDF form.

1 Like

---

**ccurrins** (Christopher Currins, CMI) 168 October 21, 2023, 9:19pm

> Ryan Uecker:
>
> The reports will still be available in PDF form.

That's why I said removed, not deleted. I can see it creating a major hassle. I'm glad I'm not in your shoes, yet.

1 Like

---

**ramass** (Ron Amass) 169 October 21, 2023, 9:25pm

Kevin Waggenstaff- I am not an internet troll. I have asked you to call me and get some clarity. At this point, you haven't, so I am taking to the forum.
I don't have time to wait for this to "shake out" I need a resolution.
What you have put on the bubble is not an option regardless of what Spectora may have agreed to do. There are other sides to this coin.

This is a fricking disaster. It is emotionally overwhelming.
I was never notified about this happening, ever, notta, nothing. I just got hit by a truck I did not see coming. I have never heard of report host.

None of my comments are flagged in my report. I have no idea why my 1000s of reports are being deleted. All I get is a damn chat bubble…(used to love that thing), So I sit and get to think about how a large portion of my business is getting obliterated and needs to be rebuilt over the weekend while I wait for a chat bubble to bing on Monday in the middle of an inspection and obliterate my word more like the f-ing one I got this week. What a horrible rollout.
Kevin, you need to come clean about what is going on and the terms of this settlement.

Just a few comments from the Spectora chat bubble today so everyone can be clear about what we are being told.

"Your past reports will be "hidden" on 11/27, but not deleted. Your clients will still be able to receive access to them, **but you as the inspector will not.**
Katie
Spectora"
"I am so sorry, but that is part of the terms of this settlement. On a separate note, I might check out the Google Drive integration"

I am being robbed of my work.
We need transparency on the part of Spectora as to how many inspectors and reports are affected.
We then need to fight as we are being seriously damaged. Access to these reports has serious and tangible value. It takes 40 of us to start a Class suit, Lets get an injunction in place and go after the bad actor, I have the means and am that fired up.

Yes, the swap to a new template is easy. When will I lose access to my next reports?
Who will sue next when they see an easy target?

4 Likes

---

**ruecker** (Ryan Uecker) 170 October 21, 2023, 9:26pm

> Christopher Currins, CMI:
>
> That's why I said removed, not deleted. I can see it creating a major hassle. I'm glad I'm not in your shoes, yet…

Yeah, it is definitely not desirable!

1 Like

---

**ramass** (Ron Amass) 171 October 21, 2023, 9:27pm

See my note avove, they will not be available to the inspector per chat bubble today

1 Like

---

**tglaze** (Thomas Glaze) 172 October 21, 2023, 9:28pm




3 Likes

---

**ruecker** (Ryan Uecker) 173 October 21, 2023, 9:31pm

> Ron Amass:
>
> See my note avove, they will not be available to the inspector per chat bubble today…

Yep, that is kinda my understanding as well. Although when I asked, they weren't sure yet on that. I did turn on the Google Drive backup yesterday. It downloaded some of my reports from this year overnight, but it did not download past year's reports. I am hoping it will keep downloading in the next few days but we'll see. Otherwise, I will have the task of going back to each report manually and getting the PDF. Doesn't sound like fun, but I can maybe get my kids to help, lol.

---

**jjonas** (Jeffrey Jonas) 174 October 21, 2023, 10:10pm

> Christopher Currins, CMI:
>
> So instead they just removed hundreds of thousands of reports?

> Ryan Uecker:
>
> Well, not exactly. The reports will still be available in PDF form.

I guess if they're no longer 'Live' or available in the Cloud… they can't be scanned/hacked/mined for more information to be used against them. They can't get a hold of and read secured PDF files!

---

**ramass** (Ron Amass) 175 October 21, 2023, 10:23pm

They apparently will not be available to us, only our clients. Not that I have inspected many houses many times and will again.

---

**hjones9** (Hugh Austin Jones) 176 October 21, 2023, 10:35pm

I think this whole mess says something pretty loudly about the gaping hole our industry for decent software options.

That Spectora can make this big of a mess, and know they will not instantly go out of business, says a lot about our industry as a whole.

There are no viable alternatives. Every other software package ive looked at is stone age by comparison.

Clients and Agents dont want stone age reports in 2023. Spectora is the gold standard.

Staying with them seems like a terrible idea, leaving seems like its not much better.

We are way behind the technology curve as an industry. Spectora is as close as it gets to modernized software, and the lack of real competition gives them the ability to throw thousands of inspectors under the bus and not immediately lose half of their subscribers.

We desperately need to figure out a way to either help/motivate existing software companies to modernize… or entice some new companies to make a good product. Preferrably run by an entity with enough of a war chest to make these kind of suits a bit more intimidating.

1 Like

---

**megbert2** (Michael Egbert) 177 October 21, 2023, 10:41pm

Just to add confusion, the bubble told me that inspectors would be able to access the reports the same way that clients can. Just more messaging confusion… Really don't want to fathom downloading thousands of reports manually, but grabbing the last 3 to 6 months worth for potential client questions would be much easier.

1 Like

---

**ruecker** (Ryan Uecker) 178 October 21, 2023, 10:50pm

> Hugh Austin Jones:
>
> Spectora is as close as it gets to modernized software, and the lack of real competition…

I drink the Spectora Koolaid, but I'm not sure I agree with this statement. I have checked out a few others and many seem quite capable and have very satisfied clients. There are a couple that even closely mimic the "look" of Spectora's reports.

---

**hjones9** (Hugh Austin Jones) 180 October 21, 2023, 11:11pm

Thats excellent news. Care to name some names?

**ruecker** (Ryan Uecker) 181 October 21, 2023, 11:24pm

> Hugh Austin Jones:
>
> Thats excellent news. Care to name some names?..

I feel like this one most closely mimics Spectora. It would probably be the first one I would do the deep dive into if I was looking to switch…

> **Home Inspector Tech | Home Inspection Software and back office solutions**
>
> Home Inspector Tech software created by real home inspectors. Desktop and mobile-friendly Home Inspector Tech smart software accentuate everything you need to run your entire business from reporting to payroll.

1 Like

**imayer** (Ian Mayer, CMI) 182 October 21, 2023, 11:35pm

> Ryan Uecker:
>
> > Ron Amass:
> >
> > See my note avove, they will not be available to the inspector per chat bubble today…
>
> Yep, that is kinda my understanding as well. Although when I asked, they weren't sure yet on that. I did turn on the Google Drive backup yesterday. It downloaded some of my reports from this year overnight, but it did not download past year's reports. I am hoping it will keep downloading in the next few days but we'll see. Otherwise, I will have the task of going back to each report manually and getting the PDF. Doesn't sound like fun, but I can maybe get my kids to help, lol.

We set up reports to download as well. But given the rate the reports are downloading vs how many we have, it will take approx 335 days for them to all download.

1 Like

**ruecker** (Ryan Uecker) 183 October 22, 2023, 12:05am

> Ian Mayer, CMI:
>
> We set up reports to download as well. But given the rate the reports are downloading vs how many we have, it will take approx 335 days for them to all download…

I imagine there is a high demand on the system at the moment, lol.

**hjones9** (Hugh Austin Jones) 184 October 22, 2023, 12:24am

Thanks man, I really appreciate that. Not sure how, but I have not heard of this one yet.

2 Likes

**ruecker** (Ryan Uecker) 185 October 22, 2023, 12:54am

Does RH think their narratives are great or unique?

**No**

So why do they pretend they are copyrighted and aggressively attempt to protect them?

**Because that is how they keep their current customers. Give them easy access to "free" narratives, then when they want to leave, tell them they can no longer use those narratives if they leave.**

1 Like

**jbrite1** (John Brite) 186 October 22, 2023, 1:25am

They just wrote their own obituary. Good luck attracting new subscribers after this.

2 Likes

---

**jjonas** (Jeffrey Jonas) 187 October 22, 2023, 1:36am

> John Brite:
>
> They

Who is 'They'?

> John Brite:
>
> Good luck attracting new subscribers

Again 'Who' are you referring to?

Both above could be referring to either one!

2 Likes

---

**jbrite1** (John Brite) 188 October 22, 2023, 1:52am

You're a smart man. I'm sure you can figure it out.

4 Likes

---

**ruecker** (Ryan Uecker) 189 October 22, 2023, 2:00am

> Jeffrey Jonas:
>
> Both above could be referring to either one!.

I think RH comes out looking worse in this ordeal than Spectora. Just my opinion!

1 Like

---

**jbrite1** (John Brite) 190 October 22, 2023, 2:03am

For those that may have been confused by my cryptic comment.
RH = Obituary

2 Likes

---

**ccurrins** (Christopher Currins, CMI) 191 October 22, 2023, 2:11am

> Ryan Uecker:
>
> RH comes out looking worse in this ordeal than Spectora

Maybe in the end. But right now Spector's reputation is not looking too good. Leaving all you guys hanging. Considering they've known about this issue for a few years now.

5 Likes

---

**ruecker** (Ryan Uecker) 192 October 22, 2023, 2:15am

> Christopher Currins, CMI:
>
> Maybe in the end. But right now Spector's reputation is not looking too good…

I agree. Not a good look by all involved. And not handled well by Spectora. But RH is at fault, in my opinion, for pursuing such stupid litigation on simple descriptions of issues in a home.

2 Likes

---

**jjonas** (Jeffrey Jonas) 193 October 22, 2023, 2:40am

> Ryan Uecker:
>
> I think RH comes out looking worse in this ordeal than Spectora.

It's about perspective. I don't have a horse involved in this mess, so I can see negatives on both sides. In fact, I don't understand why some of ya'll aren't more 'pissed' at Spectora?

2 Likes

---

**ruecker** (Ryan Uecker) 194 October 22, 2023, 2:45am

> Jeffrey Jonas:
>
> I don't understand why some of ya'll aren't more 'pissed' at Spectora?..

I for one am, lol. I even linked to a competitor's offering above and said it would probably be the first one I looked at if I wanted to switch.

But, I am more disgusted by RH for their role in this ordeal. You simply can't legitimately copyright simple phrases like they claim. I would have liked Spectora to fight it so it could be over once and for all. I wish they would have reached out to Nick earlier because he may have given them some kind of assistance to help fight it. But now an agreement has already been signed (presumably) so Nick's hands are pretty much tied I'm sure.

1 Like

---

**jbrite1** (John Brite) 195 October 22, 2023, 3:01am

We use Home Inspector Tech in our shop. If you ever seriously consider them, give me a call. I'm happy to share my objective list of pros and cons. There are both, as with most products.

1 Like

---

**jjonas** (Jeffrey Jonas) 196 October 22, 2023, 3:03am

> Ryan Uecker:
>
> But, I am more disgusted by RH for their role in this ordeal.

Not defending anyone, but this crap happens in business all the time, especially with aspects of the IT industry. I hesitated to watch that joke of a Podcast with Nick and Nathan. Many of you werent around or werent active on the MB back when Nathan was active here, so a lot of you don't see the fools you are being played for… by BOTH of them. You wanna be disgusted? It should be over their antics and attitudes!

Case No. 1:24-cv-01813-PAB-SBP Document 15-4 filed 09/09/24 USDC Colorado pg 69 of 154

Then… most all of you should be disgusted with yourselves! WHY do you not have backup contingency plans in place? You all assumed that your savior Spectora was handling things, ie. report storage and backups. WHY were you not already building your own Backup files on physical hard drives? I have a PDF copy of every report I've ever written… in duplicate on multiple External Hard Drives. The Client File is built with every inspection, no excuses! Redundancy is the name of the game. I know many of you are smarter than that, not having these plans in place!

Theres a lot of mistakes that happened with this disaster, and keep in mind none of us has ALL the details of what transpired with RH and Spectora. We will likely never know all the details. Inspectors will get screwed, and many will just give Spectora a 'Pass' like nothing happened. It's the American way. Let time pass and everything gets forgotten about. Every now and then someone will bring it up on the MB, everyone will bitch about it for a few days, and then all will be forgotten until the next time. Happens all the time.

1 Like

---

**ruecker** (Ryan Uecker) 197 October 22, 2023, 3:13am

> Jeffrey Jonas:
>
> It should be over their antics and attitudes!.

To be fair, Nick has been disgusted by RH's copyright antics for a while now. He didn't just take a new position recently. He even offered to pay them a while back to just go away.

I for one, appreciate Nick's involvement and resolve to try and make sure RH doesn't, or can't, pull this B.S. again. Remember, many of the inspectors affected never even had one of RH's narratives in their templates, and sure as hell never used one in a report. But their wording was "similar" to one of the 15,000 narratives RH claims as their own.

2 Likes

---

**ruecker** (Ryan Uecker) 198 October 22, 2023, 3:23am

> Jeffrey Jonas:
>
> WHY do you not have backup contingency plans in place?.

The only thing being lost here is the HTML version of the reports. There is no way I'm aware of to have a backup copy of that. Maybe someone smarter than me knows a way though. But the backup would have to be hosted on a website somewhere, I think, lol.

Despite the rhetoric, clients will continue to have access to their reports. Just not in the HTML format.

1 Like

---

**jjonas** (Jeffrey Jonas) 199 October 22, 2023, 3:26am

> Ryan Uecker:
>
> To be fair, Nick has been disgusted by RH's copyright antics for a while now. He didn't just take a new position recently. He even offered to pay them a while back to just go away.

If that being the case… why is everyone so surprised that any of this is going down, and why after (3 years or so) you/we have ZERO information about this. Why is this the first anybody has heard about it?

And for those members that claim they never heard of Reporthost before this… BS! They have been associated with NACHI → InterNACHI since about 2003! They post here a few times a year, and mostly when there is a discussion about Report Software.

> **ReportHost.com adds link to NACHI.org**
>
> Originally Posted By: gromicko This post was automatically imported from our archived forum. http://www.reporthost.com/about.asp http://www.reporthost.com/howItWorks.asp Nick

I've looked at the Acivity of some members that claim thier ignorance, and I find it interesting some of them have been members for 12+ years, and Reporthost has actually posted on the MB more than THEY have!!
So, again, whose heads are in the sand? Time to begin looking in the mirror. RH isn't the only guilty party here!!
Just sayin'!

1 Like

---

**jspencer** (Jeff Spencer) 200 October 22, 2023, 3:30am

Case No. 1:24-cv-01813-PAB-SBP Document 15-4 filed 09/09/24 USDC Colorado pg 71 of 154

In my opinion, this is a lot bigger than just RH vs Spectora. Nick getting involved now will more than likely help prevent future legal attacks on all of the other software programs out there.

2 Likes

---

**ruecker** (Ryan Uecker) 201 October 22, 2023, 3:31am

> Jeffrey Jonas:
>
> They post here a few times a year,…

You may be surprised to learn, the extremely vast majority of home inspectors do not read or post on this forum. 😉

I do, and even I had never really heard of them prior to this fiasco. I think I saw one post in the past related to their B.S. copyright shenanigans. And that was the one Nick tried to make them go away. I had no idea that Spectora was involved.

I guess I should have asked Spectora on a regular basis if they were a party to any pending lawsuits? 🤷‍♂️

1 Like

---

**jjonas** (Jeffrey Jonas) 202 October 22, 2023, 3:34am

> Ryan Uecker:
>
> You may be surprised to learn, the extremely vast majority of home inspectors do not read or post on this forum.

No surprise here, but maybe you would be surprised to learn that THOUSANDS of inspectors converge on this site for the annual Christmas Party!!
And many others only show up due to Nachi’s Birthday posts, as they are send a notice via email about it!
ALSO… there was a time when it was a Membership Requirement to visit and post to the MB!
Nuff said!

1 Like

---

**ruecker** (Ryan Uecker) 203 October 22, 2023, 3:36am

> Jeffrey Jonas:
>
> No surprise here, but maybe you would be surprised to learn that THOUSANDS of inspectors converge on this site for the annual Christmas Party!!.

Yeah, make sure you block out your calendar this year. Missed you at the party last year! 🎁 🎁

---

**jspencer** (Jeff Spencer) 204 October 22, 2023, 3:37am

> Jeffrey Jonas:
>
> No surprise here, but maybe you would be surprised to learn that THOUSANDS of inspectors converge on this site for the annual Christmas Party!!

Will there be free software given out this year?

1 Like

---

**jjonas** (Jeffrey Jonas) 205 October 22, 2023, 3:38am

> Ryan Uecker:
>
> Missed you at the party last year!

I was busy working!
Besides, I don’t think I’ve visited the MB during the Christmas Party for more than a few minutes, in a few years.

1 Like

---

**jbrite1** (John Brite) 206 October 22, 2023, 3:39am

Case No. 1:24-cv-01813-PAB-SBP Document 15-4 filed 09/09/24 USDC Colorado pg 73 of 154

> Jeffrey Jonas:
>
> ALSO… there was a time when it was a Membership Requirement to visit and post to the MB!

LOL!!! Probably good that things have evolved.

1 Like

---

**ruecker** (Ryan Uecker) 207 October 22, 2023, 3:39am

> Jeffrey Jonas:
>
> Besides, I don't think I've visited the MB during the Christmas Party for more than a few minutes, in a few years…

Can't win the new truck if you don't attend!

4 Likes

---

**jjonas** (Jeffrey Jonas) 208 October 22, 2023, 3:39am

> Jeff Spencer:
>
> free software given out this year?

There usually is… Home Inspector Pro and Homegauge have always been good about that!

1 Like

---

**ruecker** (Ryan Uecker) 209 October 22, 2023, 3:41am

> Jeff Spencer:
>
> Will there be free software given out this year?.




2 Likes

---

**ccurrins** (Christopher Currins, CMI) 210 October 22, 2023, 3:44am

> Jeff Spencer:
>
> Will there be free software given out this year?

Minus the “free” narratives…lol

7 Likes

---

**jspencer** (Jeff Spencer) 211 October 22, 2023, 3:49am

> Christopher Currins, CMI:
>
> Minus the “free” narratives…lol

What about templates?

---

**gromicko** (Nick Gromicko, CMI) 212 October 22, 2023, 4:01am

Great idea. I'll be giving away a lot of narrative libraries at our annual online Christmas Party this year. And like every year, we'll be giving away free reporting software.

I told the insurance vendors in our industry that if they didn't clean up their act, we'd launch our own in-house insurance company. We did.

Maybe time for me to tell the reporting software vendors the same thing.

4 Likes

---

**mroberts21** (Mark Roberts) 213 October 22, 2023, 10:55am

> Ryan Uecker:
>
> There is no way I'm aware of to have a backup copy of that. Maybe someone smarter than me knows a way though. But the backup would have to be hosted on a website somewhere, I think, lol.

There are several layers to the answer to this question.

You CAN save the HTML version of the base view inspection page from your browser. Literally right click on the view page and save it to a folder. You can verify this works by turning off your network adapter(Network connections) or simply unplugging the RJ45 cable to view the report.

This breaks all the links but the basic report is there.

If you want to get into scraping the entire HTML site, it is possible, but it gets complicated and time consuming and likely will run afoul of something signed in the user agreement. It's not for the light of heart. There probably is a tool that will do it easily, but I am not aware of it. I have some of this stuff from my prior profession, but I tried it with a spectora report and it bombed. I'm not going to spend hours on figuring out what pitfalls they've added to prevent scraping. It's probably a timing issue, meaning I can grab the entire webpage, all links, CSS, scripts and all code in a few minutes but no human could so the webserver probably has an anti-robot clock and it just drops the connections if they come too quickly.

1 Like

---

**mbazzo** (Michael Bazzo, CMI) 214 October 22, 2023, 11:29am

You forgot to add Nicks chest pounding over Reporthosts "theft" of InterNACHI canned comments from

Case No. 1:24-cv-01813-PAB-SBP Document 15-4 filed 09/09/24 USDC Colorado pg 76 of 154

Kenton. If Reporthost stole narratives, Nick would be drooling all the way to court to stop them.

1 Like

---

imayer (Ian Mayer, CMI) 215 October 22, 2023, 10:28pm

> Jeffrey Jonas:
>
> If that being the case… why is everyone so surprised that any of this is going down, and why after (3 years or so) you/we have ZERO information about this. Why is this the first anybody has heard about it?

Uh, then it's you who's not paying attention. I was a big deal 3 years ago.

The only difference is members were given the impression by RH the issue had been resolved.

This is like the IRS Claiming you owe them more money, and interest on said money, after sending you a letter you don't owe any additional taxes for the year.

If it was about money RH would have taken Nick's offer 3 years ago. If it was about "protecting legal copywrites" RH would be suing every software vendor and inspector in America. Instead, they decided they wanted to take down the company that made RH's crappy product look irrelevant.

1 Like

---

jjonas (Jeffrey Jonas) 216 October 22, 2023, 10:32pm

> Ian Mayer, CMI:
>
> I was a big deal 3 years ago.

What the hell does that mean?
Where are the links to support that comment/opinion?

---

imayer (Ian Mayer, CMI) 217 October 22, 2023, 10:37pm

Given you admit you don't use the product, you wouldn't be privy to the emails that circulated at the time

But here is Nick's thread on it: **Is anyone being harassed by ReportHost?**

heck, you posted in it. 😛

2 Likes

---

jjonas (Jeffrey Jonas) 218 October 22, 2023, 10:41pm

> Ian Mayer, CMI:
>
> heck, you posted in it.

And my question stands today…

> **Is anyone being harassed by ReportHost?**
>
> **So who pissed in your Wheaties this time?**

---

ruecker (Ryan Uecker) 219 October 22, 2023, 11:20pm

> Ian Mayer, CMI:
>
> But here is Nick's thread on it:…

RH's comment on that post…

> **Scott Huston** shuston InterNACHI® Vendor — Jul '20
>
> ReportHost is proud to provide unique content to each of our users. Of course, we're always sad to see some of our inspectors move on, either to another provider of report-writing software or their own software. But we take solace in the fact that ReportHost provides unique, expert content that we are proud of and isn't available elsewhere on the market. We've spent a lot of time crafting it and know that this content benefits our customers. Many inspectors come back to ReportHost because our platform provides proprietary content and proprietary narratives that meet their needs.
>
> We protect these proprietary works. One of the reasons we protect them and enforce our rights is to ensure we maintain our competitive edge: it is ReportHost customers that have access and license to use our proprietary content and platform. Our goal is to serve our clientele.
>
> REPORTHOST
> Free: Account set up, software for tablet PCs, laptops & mobile devices, on-line report & document hosting, upgrades, maintenance support, user licensing, customizable report templates.
> Visit: www.reporthost.com
> Contact: support@reporthost.com

The narrative that got my template into trouble…




Yes, very unique and expert. Should be proud! 😅 😊 👍

What's even more crazy, this exact narrative is still available in the NACHI Template in Spectora's Template Sharing Center. 😅 😅 😅

2 Likes

---

**bhull1** (Bert Hull, CMI® TN #1162) 220 October 22, 2023, 11:40pm

I'm surprised anyone would be proud of those two grammatically incorrect "sentences".

6 Likes

---

**ruecker** (Ryan Uecker) 221 October 22, 2023, 11:43pm

> Bert Hull, CMI® TN #1162:
>
> I'm surprised anyone would be proud of those two grammatically incorrect "sentences"…

Or be able to achieve a copyright on them.

3 Likes

---

**mroberts21** (Mark Roberts) 222 October 23, 2023, 12:43am

> Ryan Uecker:
>
> this exact narrative is still available in the NACHI Template in Spectora's Template Sharing Center.

So I just checked, and this comment is (now was) in my template but since I don't do basements it was in the optional category and grey'd out. It never made it into any of my reports and it's why it wasn't updated. I re-wrote many of my narratives, and now I'm going to re-write ALL of them again.

I found a way to export all of the comments to excel, but I haven't found a way to re-import them. It would be nice to push them all back on a data import rather than point and click copy paste. ugh.

---

**sfetty** (Dave Fetty, CMI) 223 October 23, 2023, 12:49am

I find this thread as an instructional aid for all inspectors… save all of your reports (and photos or any other related records) to an external hard drive for your records. So happy I've been doing this for almost 10 years. I started out with RH and switched to HIP. Save and back up your work for your protection and records.

2 Likes

---

**megbert2** (Michael Egbert) 224 October 23, 2023, 1:33am

Mark, Spectora has a couple how to videos showing how to bring a template from excel, it's pretty easy. You create a new template as part of this process, not an edit to the original. This is can be helpful because it allows you to compare them side by side and check for any errors and you can switch back to

Case No. 1:24-cv-01813-PAB-SBP Document 15-4 filed 09/09/24 USDC Colorado pg 80 of 154

the old one on a pinch.

3 Likes

---

**ruecker** (Ryan Uecker) 225 October 23, 2023, 1:42am

> Michael Egbert:
>
> You create a new template as part of this process,.

Yep. You just have to make sure and edit your template settings in the new template, as the export/import function doesn't bring them with from the old template. This includes your header text, among other things.

1 Like

---

**mroberts21** (Mark Roberts) 226 October 23, 2023, 1:42am

> Michael Egbert:
>
> Mark, Spectora has a couple how to videos showing how to bring a template from excel, it's pretty easy.

Thanks, I just haven't had time to look into it.

I saw that you could import from other sources so I figured there was probably a way.

I plan to 100% re-write everything, run it through a grammar checker, run it through chat gpt, re-edit it again and be 100% certain it is my narrative. Toilet is cracked indeed! lol. "The toilet exhibits a visible rupture."

1 Like

---

**gromicko** (Nick Gromicko, CMI) 227 October 23, 2023, 1:55am

Look at the court docs I posted. Spectora didn't even do discovery before it folded to Report Hoes. Discovery is where you get to crawl up their @$$ and find out everything they've ever done. It's the

best and funnest part of getting sued.

For example: When EBPHI sued me over the NHIE, I started doing discovery. I made them produce everything. Then I hired college kids to read every word, every email, track down every phone call they ever made (tens of thousands of them). In the middle of my discovery and after EBPHI spent hundreds of thousands on suing me… they ran to the court and dropped their own lawsuit: **InterNACHI® Defeats Examination Board of Professional Home Inspectors (NHIE) in Court, Again**

If you know how to do discovery (and I do), you can get the plaintiff to waste all their money only to withdraw their own suit against you. Spectora should have called me.

3 Likes

---

**dwilliams49** (David Williams, NACHI CPI 18092410) 228 October 23, 2023, 11:40am

To paraphrase Rodney King: Why can't we all just write our own narratives and comments? Inspecting, Observing, and Reporting does not have a fourth ingredient called "Click and Paste". And every Inspector should be sufficiently knowledgeable in the trades to describe what he or she observes. It's not rocket science.

2 Likes

---

**gromicko** (Nick Gromicko, CMI) 229 October 23, 2023, 4:22pm

> David Williams, NACHI CPI 18092410:
>
> Why can't we all just write our own narratives and comments?

Many did. Or they used InterNACHI's. Yet their work is still being deleted.

1 Like

---

**jdavis62** (James Travis Davis, CMI®) 230 October 23, 2023, 4:23pm

Why did you just roll over and settle?

1 Like

---

**jdavis62** (James Travis Davis, CMI®) 231 October 23, 2023, 4:29pm

We paid for Kenton's and KC's narratives yet we got an email saying ours were being deleted.

Why would you guys just roll over and settle instead of fighting this BS.
Countersue for God's sake and protect your customers.

We just left Spectora. What is going to happen if our past clients try to use their links to get their reports?

---

**dwilliams49** (David Williams, NACHI CPI 18092410) 232 October 23, 2023, 5:45pm

Thanks, Nick, for the effort you and the legal team exert to keep the scavengers from devouring the inspection profession. I really think there is no way the subject clown calling itself ReportHost could prevail in a court of law. The "better mousetrap" of snaring home inspectors in their unavoidable written expression of commonplace observations and interpretations seems capricious at best. Here are a few snippets of legal concepts that will probably come into play when challenging the Hoes. (Written by attorney Michael Zimmerman in 2015)

- Copyright does not protect individual words and short phrases.
- Copyright does not protect procedures, processes, systems, concepts or methods of operation that are embodied in works; only the particular way they are expressed.
- If there is only one or very few ways to express an idea, the expression is deemed to be "merged" with the idea and it is not protected against copying. This "merger" doctrine prevents copyright from being used to monopolize ideas.

Mitchell Zimmerman is Of Counsel at Fenwick & West LLP, and a member of the firm's Intellectual Property Group. He can be reached at mzimmerman@fenwick.com.

---

©2006, 2015 Fenwick & West LLP. Some Rights Reserved.

---

**FENWICK & WEST LLP INTENDS THIS ARTICLE TO PROVIDE BASIC EDUCATION IN COPYRIGHT LAW. IT IS NOT INTENDED, AND SHOULD NOT BE REGARDED, AS LEGAL ADVICE. READERS WHO HAVE PARTICULAR QUESTIONS ABOUT THESE ISSUES SHOULD SEEK ADVICE OF COUNSEL.**

2 Likes

---

**dwilliams49** (David Williams, NACHI CPI 18092410) 233 October 24, 2023, 1:43am

And it makes me wonder how many of my own respective narrative and comments have been gleaned from the intellectual property on the pages of my own reports by such model corporate citizens as ReportHoes, HomeGouge, and Specthora. (Of course, they wouldn't severally or collectively allow A.I. to access and scan their sites for booty, now would they?)

Venture capitalists are **pouring huge money** into AI startups, with a dollar weighting toward those building foundational models.

**Why it matters:** The VC market may be making its biggest binary bet ever, without quite realizing it.

---

**Behind the scenes:** Many of those models are being built, in part, on data that is under U.S. copyright protection. Several of the copyright holders, including major music companies, **have filed suit**.

---

**ruecker** (Ryan Uecker) 234 October 24, 2023, 1:59am

> David Williams, NACHI CPI 18092410:

> And it makes me wonder how many of my own respective narrative and comments have been gleaned from the intellectual property on the pages of my own reports…

Just because you write something, that does not make it IP.

1 Like

---

**dwilliams49** (David Williams, NACHI CPI 18092410) 235 October 24, 2023, 2:05am

> Ryan Uecker:
>
> Just because you write something, that does not make it IP.

If I expressly retain ownership of the material in the document, it does.

---

**jspencer** (Jeff Spencer) 236 October 24, 2023, 2:05am

Even without looking at other templates and narratives, I would guess that most inspector's reports look the same. Narratives are posted on this page daily. Most have the same cadence and message.

2 Likes

---

**ruecker** (Ryan Uecker) 237 October 24, 2023, 2:06am

> David Williams, NACHI CPI 18092410:
>
> If I expressly retain ownership of the material in the document, it does…

How are you "expressly" doing that?

---

**dwilliams49** (David Williams, NACHI CPI 18092410) 238 October 24, 2023, 2:15am

Case No. 1:24-cv-01813-PAB-SBP Document 15-4 filed 09/09/24 USDC Colorado pg 85 of 154

> Ryan Uecker:
>
> How are you "expressly" doing that?

By expressing in writing that I retain ownership of all rights to the written and photographic elements of the report.

---

**ruecker** (Ryan Uecker) 239 October 24, 2023, 2:18am

> David Williams, NACHI CPI 18092410:
>
> By expressing in writing that I retain ownership of all rights to the written and photographic elements of the report…

To who? Your client? I doubt your clients are stealing your narratives.

3 Likes

---

**dwilliams49** (David Williams, NACHI CPI 18092410) 240 October 24, 2023, 2:23am

If people such as this ReportHoe sleazeball had their way, they could use A.I. to amass every combination of words and phrases in the English language in a matter of days or weeks, collate and copyright them; and prohibit everyone from using even the most common sentences and descriptions in every occupation and trade until the plebes and scribes pay the IP Ransom.

2 Likes

---

**dwilliams49** (David Williams, NACHI CPI 18092410) 241 October 24, 2023, 2:26am

> Ryan Uecker:
>
> To who?

You mean "to whom". Whoever is reading it.

**ruecker** (Ryan Uecker) 242 October 24, 2023, 2:32am

> David Williams, NACHI CPI 18092410:
>
> You mean "to whom". Whoever is reading it…

So it says inside of your report that you retain all rights to all phrases and pictures contained herein?

2 Likes

---

**dwilliams49** (David Williams, NACHI CPI 18092410) 243 October 24, 2023, 2:35am

Si, señor…

---

**ruecker** (Ryan Uecker) 244 October 24, 2023, 2:42am

> David Williams, NACHI CPI 18092410:
>
> Si, señor….

Ok. Time to lawyer up and find the SOBs' who have been stealing your narratives!

4 Likes

---

**jdavis62** (James Travis Davis, CMI®) 245 October 24, 2023, 2:56am

cowards! No respect for their customers.

---

**dwilliams49** (David Williams, NACHI CPI 18092410) 246 October 24, 2023, 2:56am

I think Nick already found one of them.

[jdavis62](#) (James Travis Davis, CMI®) 247 October 24, 2023, 3:03am

This is absolutely correct. This is a breach of the agreement and understanding we had when we chose to use Spectora over other software. It's a major change. Now our clients will click a link and get nothing. They have no idea who Spectora is.

1 Like

[bcawhern1](#) (Brian Cawhern, CMI) 248 October 24, 2023, 3:07am

> James Travis Davis, CMI®:
>
> Now our clients will click a link and get nothing. **They have no idea who Spectora is**.

Great point!

[jdavis62](#) (James Travis Davis, CMI®) 249 October 24, 2023, 3:09am

you can re-import but it is SLOOOOOOW and cumbersome. Do one section at a time. If you try the whole thing it locks up.

[gromicko](#) (Nick Gromicko, CMI) 250 October 24, 2023, 8:06pm




[How To Write Your Own Inspection Report Narratives - Free Home Inspector...](#)

Learn how to write your own inspection report narratives in this free online webinar with InterNACHI's Ben Gromicko. We'll demonstrate AI-generated narratives and talk about "inspect," "describe," and "report" in the Standards of Practice and writing...

1 Like

**jburkeson1** (Joseph Burkeson, CMI) 251 October 24, 2023, 8:15pm

What this country needs is a good five-cent Defect Narrative Generator (DNG)… enter a subject click a few appropriate boxes and presto-chango alakazam like magic the perfect narrative every time, now watch me pull a rabbit outta my hat.



Nothing up my sleeve.

2 Likes

---

**imayer** (Ian Mayer, CMI) 252 October 24, 2023, 10:05pm

Writing one's own narrative is not the issue.

RH flagged my template 3 years ago. I rewrite everything. They now decided to flag 17 more items they hadn't flagged before. Or they they felt were close enough to theirs even though the wording was NOT theirs.

One can write their own narratives all they want, but if it just so happens to be close to something RH thinks they wrote, they flag it.

1 Like

---

**lragsdale** (Lane Ragsdale) 253 October 24, 2023, 11:46pm

Why when I export my template do I receive 2 error messages? I proceed anyway and when I open the

export none of my comments are flagged yellow. So why do I need to change anything? I downloaded a template from your template shop, I have hundreds of hours in that template and now it is being destroyed because you rolled over? I left Spectora over the beta monster and the old software not working correctly. However I was assured that all my old reports would stay in tact for my clients. Are they al going to be deleted now?

1 Like

---

**dwilliams49** (David Williams, NACHI CPI 18092410) 254 October 24, 2023, 11:47pm

Copyright law was never intended to protect and nurture someone's delusional fantasies about cornering the market on speech in narrow dialog used by trades and professions every day.

2 Likes

---

**ruecker** (Ryan Uecker) 255 October 25, 2023, 12:09am

> Lane Ragsdale:
>
> Why when I export my template do I receive 2 error messages?..

What are these error messages? Is it an error when you try to open it in Excel? If so, you can ignore and continue.

> Lane Ragsdale:
>
> now it is being destroyed because you rolled over?..

No, it will not be destroyed. Only the comments identified as belonging to RH will be lost (and that's a good thing because the ones I have seen are crap).

> Lane Ragsdale:
>
> I was assured that all my old reports would stay in tact for my clients. Are they al going to be deleted now?.

Reports will still be available for your clients.

1 Like

---

**sfetty** (Dave Fetty, CMI) 256 October 25, 2023, 12:17am

> Ryan Uecker:
>
> No, it will not be destroyed. Only the comments identified as belonging to RH will be lost (and that's a good thing because the ones I have seen are crap).

I find it disturbing that (anyone) deciding that the comments in anyone's template (through a 3rd party no less) are suing anyone.

4 Likes

---

**ruecker** (Ryan Uecker) 257 October 25, 2023, 12:21am

> Dave Fetty, CMI:
>
> I find it disturbing that (anyone) deciding that the comments in anyone's template (through a 3rd party no less) are suing anyone…

I can only hope that RH goes after someone willing to take them to court. I have no doubt the judge and/or jury would look at the narratives and say any copyright (if it even exists) is null and void.

---

**dwilliams49** (David Williams, NACHI CPI 18092410) 258 October 25, 2023, 12:33am

ReportHost only created this much clamor because of their (and so many others') sheer ignorance of copyright law.

---

**lragsdale** (Lane Ragsdale) 259 October 25, 2023, 1:08am

Actually they will not be readily available! Per the chat bubble they have told me my clients will have to request in writing to see an old report. So yes it is a major inconvenience. My template is flagged but had zero flagged comments to fix. Because i spent several hundred hours customizing the template to fit my companies needs. So why should I or my clients lose anything? Spectora rolled over and took the

easy way out instead of fighting for their clients!

2 Likes

---

**ruecker** (Ryan Uecker) 260 October 25, 2023, 1:13am

> Lane Ragsdale:
>
> Actually they will not be readily available!.

It won't be too hard I don't think. "In writing" in this case I believe just means email correspondence. But we will have to see what that interface looks like once it is set up.

> Lane Ragsdale:
>
> Spectora rolled over and took the easy way out instead of fighting for their clients!.

I agree. Some have pondered that there is a reason they settled without much of a fight. Let's just say, if there are bigger deals in the works, it is best not to be involved in an ongoing lawsuit.

1 Like

---

**irobertson** (Ian Robertson, 16000067783) 261 October 25, 2023, 12:03pm

> Joseph Burkeson, CMI:
>
> What this country needs is a good five-cent Defect Narrative Generator (DNG)… enter a subject click a few appropriate boxes and presto-chango alakazam like magic the perfect narrative every time, now watch me pull a rabbit outta my hat.

We have that in our software already (Inspector Toolbelt). Enter a few words and put AInge erates comments for you

---

**gromicko** (Nick Gromicko, CMI) 262 October 25, 2023, 4:26pm

Case No. 1:24-cv-01813-PAB-SBP Document 15-4 filed 09/09/24 USDC Colorado pg 92 of 154




[**FetchReport - InterNACHI®**]

2 Likes

---

**gromicko** (Nick Gromicko, CMI) 263 October 25, 2023, 4:28pm

Look at the court documents I posted. When Report Hoes sued Spectora, Spectora didn't put up any kind of a fight. They didn't even get to discovery before they rolled over and settled. Spectora wasted their chance to be industry heroes. That settlement agreement required them to harm you all. I hate to be guilty of an ad hominem attack, but it all goes back to the man bun, IMHO.

7 Likes

---

**bcawhern1** (Brian Cawhern, CMI) 264 October 25, 2023, 6:00pm

> Ian Robertson, 16000067783:
>
> We have that in our software already (Inspector Toolbelt). Enter a few words and put AInge erates comments for you

Are those narratives copywrite protected?

---

**irobertson** (Ian Robertson, 16000067783) 265 October 25, 2023, 6:16pm

> Brian Cawhern, CMI:
>
> Are those narratives copywrite protected?

@bcawhern1 Nope! You or anyone can use our comments in our app. Take them with you, change them, etc. Use our AI generator and have fun and make your own comments while being a pro users or on your free trial and they are all yours. We have gone on record in writing, video, this forum and other

places - the inspection community is welcome to our comments at no charge :). Even if you are not one of our users

5 Likes

---

**bcawhern1** (Brian Cawhern, CMI) 266 October 25, 2023, 6:22pm

> Ian Robertson, 16000067783:
>
> the inspection community is welcome to our comments at no charge 🙂

Thanks for responding. I am a bit conflicted on this for I could see the value in Kenton Shepard's work for example as needing some protection. But it is the protection of the "entirety of his work" which makes most sense. This selective pick and choose narratives out of the blue across thousands and thousands of reports just doesn't add up to me.

1 Like

---

**jbushart1** (James Bushart, PA, SCLA) 267 October 25, 2023, 6:28pm

The idea of "copyrighting" a description of a broken mailbox is absurd. Anyone foolish enough to buy someone else's descriptions rather than writing their own aside - no matter what narrative is being sold, it is more than likely (by necessity) to be modified to fit the circumstances for which it is being used. In that regard, the copyright is a bluff. Spectora took the bait and, as a result, their customers suffer the consequences.

Spectora is ReportHost's bitch. They have to own that forever.

4 Likes

---

**bquinn2** (Bruce Quinn, CMI TN Lic #1574) 268 October 25, 2023, 6:32pm

Wait what??? THAT is the first I've heard of US not being able to access past reports!!! Aww hell no!!!

1 Like

---

**irobertson** (Ian Robertson, 16000067783) 269 October 25, 2023, 6:34pm

> Brian Cawhern, CMI:
>
> Thanks for responding. I am a bit conflicted on this for I could see the value in Kenton Shepard's work for example as needing some protection. But it is the protection of the "entirety of his work" which makes most sense. This selective pick and choose narratives out of the blue across thousands and thousands of reports just doesn't add up to me.

@bcawhern1 I think that is what everybody is kind of struggling with. All I can tell you is my policy is that I am happy to share our comments

1 Like

---

**jspencer** (Jeff Spencer) 270 October 25, 2023, 6:35pm

> Bruce Quinn, CMI TN Lic #1574:
>
> Wait what??? **THAT is the first I've heard of US not being able to access past reports!!!** Aww hell no!!!

I can't wait until December when all of the once-a-year visitors sign in and discover this thread.

1 Like

---

**jjonas** (Jeffrey Jonas) 271 October 25, 2023, 6:39pm

> Jeff Spencer:
>
> I can't wait until December

Don't be surprised if it's gone by then. Nick's Law Firm may instruct him to cover his ass, if for no other reason than the slanderous term(s) he is using all over the internet!

1 Like

**jbushart1** (James Bushart, PA, SCLA) 272 October 25, 2023, 6:39pm

> James Travis Davis, CMI®:
>
> Why did you just roll over and settle?

It's a good question to ask their insurance company, too. Undoubtedly, Spectora is insured and has a policy that covers frivolous lawsuits such as these. Sometimes, insurance companies look for the cheapest way out. A quick look at your own E&O policy will tell you that while you can refuse to settle a claim for the amount and in the manner recommended by your insurance company, you do so at your own risk and your own expense for all amounts exceeding what they want to settle it for.

Throwing you under the bus may have been a joint effort in the interests of immediate gain. I'm sure the longterm loss will prove to be more than they counted on, though.

1 Like

**jspencer** (Jeff Spencer) 273 October 25, 2023, 6:43pm

> Jeffrey Jonas:
>
> Don't be surprised if it's gone by then. Nick's Law Firm may instruct him to cover his ass, if for no other reason than the slanderous term(s) he is using all over the internet!

Very true. This one may be gone. New threads will more than like pop up over the next couple of months though.

**bcawhern1** (Brian Cawhern, CMI) 274 October 25, 2023, 6:50pm

> James Bushart, PA, SCLA:
>
> I'm sure the longterm loss will prove to be more than they counted on, though.

There are plenty of companies out there who will risk losing some customers with the confidence they will have a greater rate of customer acquisition to compensate for it.

Where is the bad press going to come from? The 20 members who frequent this board? I noticed Kevin has not returned. He sees the futility. Best to let customer service take the hits I suspect.

---

**bquinn2** (Bruce Quinn, CMI TN Lic #1574) 275 October 25, 2023, 6:50pm

Hah!! Be too late by then! Got the earlier email but they never said anything about the inspector not being able to access our old reports. Good God what a trainwreck.

2 Likes

---

**jbushart1** (James Bushart, PA, SCLA) 276 October 25, 2023, 7:10pm

> Brian Cawhern, CMI:
>
> Where is the bad press going to come from? The 20 members who frequent this board? I noticed Kevin has not returned. He sees the futility. Best to let customer service take the hits I suspect.

I agree. Home inspection industry vendors know (and often exploit) the fact that 90% of home inspectors will turn over every three years with most leaving the business after one year. Hiding under their desks for a year, denying the validity of complaints, and ignoring the calls and emails will give them a clean slate in a short period of time. Lead brokers count on it.

3 Likes

---

**jjonas** (Jeffrey Jonas) 277 October 25, 2023, 7:30pm

> Brian Cawhern, CMI:
>
> Where is the bad press going to come from? The 20 members who frequent this board?

This subject is not confined to this limited MB. It is growing across the internet, (thanks to Nicks propencity for his fix for SEO juice), and is currently spreading across the Facebook Groups related to the Inspection Industry. Again, guess who is influencing that 'maneuver'?

> Jeffrey Jonas:

> Nick's Law Firm may instruct him to cover his ass, if for no other reason than the slanderous term(s) he is using all over the internet!

**As posted on Facebook:**




2 Likes

---

**gromicko** (Nick Gromicko, CMI) 278 October 25, 2023, 7:33pm

> Jeffrey Jonas:
>
> Don't be surprised if it's gone by then. Nick's Law Firm may instruct him to cover his ass, if for no other reason than the slanderous term(s) he is using all over the internet!

"*If your opponent is of choleric temper, seek to irritate him.*" - Sun Tzu. If I don't have standing as a plaintiff, perhaps I can get in the ring as a defendant.

1 Like

**gromicko** (Nick Gromicko, CMI) 279 October 25, 2023, 7:45pm

> Brian Cawhern, CMI:
>
> Where is the bad press going to come from? The 20 members who frequent this board?

Don't be fooled. When you listen to a talk radio show, you might hear from 20 people who call in. But the audience is much larger.

On most days, there are more than 20,000 human beings (not crawlers) who visit this board.




**gromicko** (Nick Gromicko, CMI) 280 October 25, 2023, 7:53pm

Here are today's top-referred topics.

On a side note: For those of you who believe the myth that InterNACHI's message board is mostly about marketing and not technical issues, I recommend you read the entire list.

### Top Referred Topics

| Topic | Clicks |
|---|---|
| Report Hoes, I mean Report Host nonsense | 1.0k |
| 50 amp breaker #8 awg cu | 487 |
| When are Bonding Bushings needed? | 357 |
| Pex connection on a Water Heater | 348 |
| Stack vent termination height above roof? | 325 |
| Min. vert. distance from w/h exhaust and operable window | 313 |
| Microwave clearance from stovetop | 279 |
| Metal Roofing With No Decking Or Underlayment | 270 |

1 Like

---

**gromicko** (Nick Gromicko, CMI) 281 October 25, 2023, 8:00pm

> James Bushart, PA, SCLA:
>
> The idea of "copyrighting" a description of a broken mailbox is absurd. Anyone foolish enough to buy someone else's descriptions rather than writing their own aside - no matter what narrative is being sold, it is more than likely (by necessity) to be modified to fit the circumstances for which it is being used. In that regard, the copyright is a bluff. Spectora took the bait and, as a result, their customers suffer the consequences.
>
> Spectora is ReportHost's bitch. They have to own that forever.

Correct. Particularly the last two sentences.

---

**bquinn2** (Bruce Quinn, CMI TN Lic #1574) 282 October 25, 2023, 8:06pm

Verified from Spectora just now.

It is correct that as of November 27th you would no longer have access to view old reports that were

built from an identified template.

Any identified *sample reports* that were made using an identified template would be removed sooner, however, on November 1st.
**Ali**

Spectora

Soooooo…as of that date EVERY inspection you've performed using the old template (whether you actually used the offending narrative or not) will no longer be available to you. I don't know how to fix this but this is beyond ridiculous.

1 Like

---

**rbleich** (Richard Bleich) 283 October 25, 2023, 9:10pm

> James Bushart, PA, SCLA:
>
> Spectora is ReportHost's bitch. They have to own that forever.

When a UK case against songwriter Ed Sheeran was ruled in his favor, he responded, "*claims like this are way too common now and have become a culture where a claim is made with the idea that a settlement will be cheaper than taking it to court, even if there's no base for the claim… There's only so many notes and very few chords used in pop music. Coincidence is bound to happen if 60,000 songs are being released everyday*".

After a ruling in his favor in a case brought against him by Marvin Gayes family, he said, "*These chords are common building blocks which were used to create music*".

The same thing is going on here. It's too bad. Our words are the building blocks of our language. There are only so many ways to say "the sidewalk is cracked" without saying something that someone else said.

5 Likes

---

**gromicko** (Nick Gromicko, CMI) 284 October 25, 2023, 9:17pm

> Richard Bleich:
>
> When a UK case against songwriter Ed Sheeran was ruled in his favor, he responded, "*claims like*

> *this are way too common now and have become a culture where a claim is made with the idea that a settlement will be cheaper than taking it to court, even if there's no base for the claim… There's only so many notes and very few chords used in pop music. Coincidence is bound to happen if 60,000 songs are being released everyday*".
>
> After a ruling in his favor in a case brought against him by Marvin Gayes family, he said, "*These chords are common building blocks which were used to create music*".
>
> The same thing is going on here. It's too bad. Our words are the building blocks of our language. There are only so many ways to say "the sidewalk is cracked" without saying something that someone else said.

Good post.

1 Like

---

**ruecker** (Ryan Uecker) 285 October 25, 2023, 9:58pm

> Bruce Quinn, CMI TN Lic #1574:
>
> I don't know how to fix this…

Go in and turn on Google Backup in your settings immediately. Depending on how many reports you have, it will take a few nights to get them all into your Google Drive. You will only get the PDFs' but it's better than nothing.

1 Like

---

**bquinn2** (Bruce Quinn, CMI TN Lic #1574) 286 October 25, 2023, 10:16pm

Thanks Ryan! I can't even understand what's going on at this point. They want me to delete a template (that didn't have any flagged data in it) and then reload it… because it MAY have had that narrative at one time. The inmates are obviously running the asylum over there.
And moving forward will we ever have access to our inspections after the fact again? They've done a piss poor job here…and I've been with Spectora for years but this is beyond anything I could ever imagine from an incompetence standpoint short of dealing with the government.

3 Likes

**ruecker** (Ryan Uecker) 287 October 25, 2023, 10:20pm

> Bruce Quinn, CMI TN Lic #1574:
>
> They want me to delete a template (that didn't have any flagged data in it) and then reload it… because it MAY have had that narrative at one time…

I hear ya. I had one narrative in mine flagged and I didn't even know I had the narrative and sure as heck never used it.

On a side note, if you haven't already, make sure you create your new template and start using it immediately. The longer you wait, the more inspections that will be affected. Some who wait until the last minute will have **recent** clients that cannot access the HTML report.

1 Like

**bquinn2** (Bruce Quinn, CMI TN Lic #1574) 288 October 25, 2023, 10:36pm

Awww…crap.

1 Like

**ruecker** (Ryan Uecker) 289 October 25, 2023, 10:41pm

> Bruce Quinn, CMI TN Lic #1574:
>
> Awww…crap…

It is very easy to do. Just export, and then import.

**But**…You will have to make some tweaks in the new template. Make sure to go into your template settings in the new one and set it up (this includes your header text, which can be copy/pasted from your old template). I opened my old template on one screen, and the new template on my other screen and just matched everything up. There are a few other things like setting up your section icons and turning off sections that you want off by default (optional sections) that you will have to do as well.

2 Likes

Case No. 1:24-cv-01813-PAB-SBP Document 15-4 filed 09/09/24 USDC Colorado pg 103 of 154

**jkirch2** (Justin Kirch) 290 October 25, 2023, 10:42pm

I think that this has been brought up, but have not seen if any answers have been provided. I started with the internachi template 5 years ago when I first started. Over the course of those years I have edited the comments as I do the reports as I don't see how a canned response can be used for every situation. I see that I had alot of flagged comments, mostly items that I would never see in my area. My question is, how did theses flagged comments end up in an internachi template in the first place? I feel like Spectora seemed to have caved without a fight. I can give them the benefit of the doubt as I do not know what their lawyers and insurance advised them to do, looks like its what they did. I would still like to know why these comments were present on the internachi template in the first place.

1 Like

**jjonas** (Jeffrey Jonas) 291 October 25, 2023, 10:53pm

> Justin Kirch:
>
> I would still like to know why these comments were present on the internachi template in the first place.

Finally, someone using their brain and trying to understand the source of the problem, and not just the bandaid fix to distract from the source!

1 Like

**ruecker** (Ryan Uecker) 292 October 25, 2023, 10:57pm

> Jeffrey Jonas:
>
> the source of the problem…

2 Likes

---

**gromicko** (Nick Gromicko, CMI) 293 October 25, 2023, 11:00pm

> Justin Kirch:
>
> I would still like to know why these comments were present on the internachi template in the first place.

Because they are InterNACHI's. Anything InterNACHI's is also yours, if you are a member.

---

**bcawhern1** (Brian Cawhern, CMI) 294 October 25, 2023, 11:00pm

> Jeffrey Jonas:
>
> trying to understand the source of the problem,

Chicken or the egg? Did ReportHoes take these narratives and claim them for themselves? Or vice versa?

---

**gromicko** (Nick Gromicko, CMI) 295 October 25, 2023, 11:02pm

It would be absurd to think that we'd author tens of thousands of narratives, but all of a sudden come to a screeching halt and say to ourselves… "We need a few dozen more but just can't author any more, were so tired, let's steal the last ones from Report Host."

Keep it real, not real dumb.

---

**bquinn2** (Bruce Quinn, CMI TN Lic #1574) 296 October 25, 2023, 11:05pm

Thanks for the info. That's more than I've gotten from Spectora since all this started. I'll do it… under protest… and send them an invoice for my time… and emotional distress.🤣🤣

2 Likes

---

**ruecker** (Ryan Uecker) 297 October 25, 2023, 11:08pm

> Bruce Quinn, CMI TN Lic #1574:
>
> … and send them an invoice for my time….

My feeling is that Spectora maybe should have done this themselves for all affected subscribers. It probably could have been fairly easily automated in their system.

2 Likes

---

**ddagostino** (Dominic DAgostino, CMI HI3957) 298 October 25, 2023, 11:10pm

So how many users is this giant mess going to cost Spectora?
I'd be jumping ship if I used their product.

---

**jkirch2** (Justin Kirch) 299 October 25, 2023, 11:13pm

I just want to make sure I am understanding this. The internachi template has only narratives written by intenachi and now report host is claiming that these are the same as their own narratives? Seems like this couldve been easily fixed if that is the case. How difficult could it be to show that report host is making a false accusation. Im sure that the internachi template must have been there for quite some time and there should be a paper/ date trail of internachi narratives to show that they are mistaken in their claim.

1 Like

---

**ruecker** (Ryan Uecker) 300 October 25, 2023, 11:20pm

> Dominic DAgostino, CMI HI3957:
>
> how many users is this giant mess going to cost Spectora?..




---

**gromicko** (Nick Gromicko, CMI) 301 October 25, 2023, 11:23pm

> Justin Kirch:

> I just want to make sure I am understanding this. The internachi template has only narratives written by intenachi and now report host is claiming that these are the same as their own narratives?

They are only claiming that some are.

> Justin Kirch:
>
> Im sure that the internachi template must have been there for quite some time and there should be a paper/ date trail of internachi narratives to show that they are mistaken in their claim.

Yep, that's what Spectora should have done in court. But instead they folded like a wet paper bag and settled (see court documents I posted). And we all know that Report Host didn't sue Spectora to get some narratives deleted. They sued them for money (just like they sued individual inspectors for money) and Spectora paid them. No one sues to have some text about a water heater changed. Follow the money.

1 Like

---

**bcawhern1** (Brian Cawhern, CMI) 302 October 25, 2023, 11:33pm

> Justin Kirch:
>
> how did theses flagged comments end up in an internachi template in the first place?

> Nick Gromicko, CMI:
>
> It would be absurd to think that we'd author tens of thousands of narratives, but all of a sudden come to a screeching halt

I was being a bit cryptic if not sarcastic. How is Report Host claiming NACHI narratives as their own? These inspectors are being harmed by this misrepresentation. Maybe that is your in.

---

**ruecker** (Ryan Uecker) 303 October 25, 2023, 11:39pm

> Brian Cawhern, CMI:
>
> How is Report Host claiming NACHI narratives as their own?.

I keep wondering why anyone would claim the below narrative as their own.

This is the only narrative (and I use that word loosely) that many of us had flagged in our templates as "belonging to RH."




2 Likes

---

jkirch2 (Justin Kirch) 304 October 25, 2023, 11:42pm

I appreciate the quick response. I know that you would want to fight this and not bend over and take it as we are doing. I find it odd that Spectora never reached to internachi about this prior to settling. I have been in positions where people have came after me, very few. My insurance suggested we settle because it would be easier. I refused, showed my work, showed that they were wrong, put the ball in their court and they folded. It seems like spectora should have better people than me to stand up for them.

---

tglaze (Thomas Glaze) 305 October 25, 2023, 11:45pm

Problem solved… Go with a real phone and tablet…



**Home Inspection Software for iPhone & iPad - Tap Inspect**

Save 1-2 hours per home inspection by switching to our mobile app to complete reports before leaving the property. Try free for your first 5

**sfetty** (Dave Fetty, CMI) 306 October 25, 2023, 11:47pm

> Thomas Glaze:
>
> Problem solved… Go with a real phone and tablet… 😛 😛 😉

What do they do when you find something you've never seen before, need to do research on, and yet have promised a report delivered onsite?

**ruecker** (Ryan Uecker) 307 October 25, 2023, 11:48pm

> Justin Kirch:
>
> I find it odd that Spectora never reached to internachi about this prior to settling…

Maybe Spectora will be coming after NACHI for providing a starter template with poison pill narratives in it. 😉

2 Likes

**gromicko** (Nick Gromicko, CMI) 308 October 25, 2023, 11:48pm

> Brian Cawhern, CMI:
>
> These inspectors are being harmed by this misrepresentation.

After I started this thread, Spectora's attorneys figured out how to prevent irreparable harm to you by having the reports available in a far less accessible archive. Without "irreparable" harm, I can't get an injunction. I need one member to sue for me to get in the ring. Either that or I have to succeed in antagonizing both companies until one of them sues me. In the "Let's see who runs out of money first" legal game, it matters not if I'm a plaintiff or defendant. My attorneys are trying to get me on the field.

3 Likes

tglaze (Thomas Glaze) 309 October 25, 2023, 11:51pm




bcawhern1 (Brian Cawhern, CMI) 310 October 25, 2023, 11:52pm

> Dave Fetty, CMI:
>
> What do they do when you find something you've never seen before, need to do research on, and yet have promised a report delivered onsite?

I see three options:

1. Be honest and tell the client it is in their best interest to give you a bit more time.
2. Lie and fake technical difficulties to buy more time.
3. Fake it till you make it and hope it does not bite you in the ass later.

2 Likes

sfetty (Dave Fetty, CMI) 311 October 25, 2023, 11:55pm

> Brian Cawhern, CMI:
>
> I see three options:

> 1. Be honest and tell the client it is in their best interest to give you a bit more time.
> 2. Lie and fake technical difficulties to buy more time.
> 3. Fake it till you make it and hope it does not bite you in the ass later.

I can imagine other options too. I'd prefer to under promise and over deliver.

---

**gromicko** (Nick Gromicko, CMI) 312 October 25, 2023, 11:57pm

> jkirch2:
>
> I find it odd that Spectora never reached to internachi about this prior to settling…

You and me both.

---

**tglaze** (Thomas Glaze) 313 October 25, 2023, 11:59pm

> Brian Cawhern, CMI:
>
> I see three options:
>
> 1. Be honest and tell the client it is in their best interest to give you a bit more time.
> 2. Lie and fake technical difficulties to buy more time.
> 3. Fake it till you make it and hope it does not bite you in the ass later.

Pity those who report on site. Never have and never will. To each their own,

1 Like

---

**mroberts21** (Mark Roberts) 314 October 25, 2023, 11:59pm

> Dave Fetty, CMI:
>
> What do they do when you find something you've never seen before, need to do research on, and yet have promised a report delivered onsite?

First, invent time travel.
Second, go back in time and smack yourself for being a dumbass.
Third, remove any promises like that.

There have been times where I could have delivered on-site. Every single time I've reviewed my report at home, I found things that could be improved, clarified or even removed. I also add my thermal images at home just because I don't have to capture it through my phone. I could, it just wastes time on-site.

4 Likes

---

**gromicko** (Nick Gromicko, CMI) 315 October 26, 2023, 12:02am

I did every report on site for 5.5 years. Vast majority of my headaches were caused by printers. I had 5 or 6 brand new printers on my truck. If mine gave me any trouble on-site, I'd fire up a new one.

---

**jkirch2** (Justin Kirch) 316 October 26, 2023, 12:05am

I am in florida and primarily do 4-points and wind mits, that is what I have built my business around ( usually only 3 or 4 full Inspections a week). I still feel like this could potentially cause issues in the future. I am planning on calling my insurance tomorrow and see what their legal department has to say about this. They are in the business of covering themselves first and foremost. Not having a report available or even a pdf without video's may be troublesome. (Note: I am still not entirely clear if we will have access to the PDF version on request. I have had google backup turned on, but am only seeing a very small fraction of the reports for some reason?)

---

**ruecker** (Ryan Uecker) 317 October 26, 2023, 12:10am

Because I have a sense of humor…




6 Likes

---

jjonas (Jeffrey Jonas) 318 October 26, 2023, 12:21am

> Nick Gromicko, CMI:
>
> Anything InterNACHI's is also yours, **if you are a member.**

…*And*… **ONLY AS LONG AS YOU ARE A MEMBER!**…
**Same as with Reporthost** and what they are claiming with their narratives!!

---

gromicko (Nick Gromicko, CMI) 319 October 26, 2023, 12:31am

First, those aren't "their narratives." They are ours, which means they are yours.

Second, there are only 11 people who joined InterNACHI, left InterNACHI, and stayed in the business. Basically nobody falls into that category. In addition to them, a few retirees do an inspection now and then. Who cares?
Third, I would never chase a former member for anything.

3 Likes

---

jjonas (Jeffrey Jonas) 320 October 26, 2023, 12:37am

> Nick Gromicko, CMI:
>
> First, those aren't "their narratives." They are ours, which means they are yours.

**Irrelevent!**

> Nick Gromicko, CMI:
>
> Second, there are only 11 people who joined InterNACHI, left InterNACHI, and stayed in the business.

**Irrelevent!**

> Nick Gromicko, CMI:
>
> Basically nobody falls into that category. In addition to them, a few retirees do an inspection now and then. Who cares?

**Irrelevent!**

> Nick Gromicko, CMI:
>
> Third, I would never chase a former member for anything.

**Irrelevent!**

---

gromicko (Nick Gromicko, CMI) 321 October 26, 2023, 12:45am

The narratives not actually being Report Host's is only "irrelevant" if Spectora settles, because no one ever gets to argue the case and it never gets adjudicated. And they did settle. Y'all can stop arguing the case. That battle is over and Spectora lost. Probably paid some money to Report Host too.

---

**ruecker** (Ryan Uecker) 322 October 26, 2023, 12:49am

> Nick Gromicko, CMI:
>
> And they did settle. Y'all can stop arguing the case…

Yep. That ship has sailed.

The best you can do now is put out a notice to other software providers that if they find themselves in the same situation, to reach out because you are itching for a good battle. I would love to see it go down!

---

**gromicko** (Nick Gromicko, CMI) 323 October 26, 2023, 12:49am

I haven't seen the user agreement Spectora has with y'all, either… but I bet it says something like "Spectora can, with notice, delete all your reports." I don't know, again, I haven't been able to get ahold of it… probably because it also prohibits y'all from sharing it.

---

**jjonas** (Jeffrey Jonas) 324 October 26, 2023, 12:51am

> Nick Gromicko, CMI:
>
> The narratives not actually being Report Host's is only "irrelevant" if Spectora settles, because no one ever gets to argue the case and it never gets adjudicated. And they did settle. Y'all can stop arguing the case. That battle is over and Spectora lost. Probably paid some money to Report Host too.

**All Irrelevent!**

Let me simplify this since you are all butthurt over being compared to Reporthost, along with Reporthost

and Internachi having identical policies…

> Nick Gromicko, CMI:
>
> Anything InterNACHI's is also yours, **if you are a member.**

...*And*... **ONLY AS LONG AS YOU ARE A MEMBER!**...

---

**gromicko** (Nick Gromicko, CMI) 325 October 26, 2023, 12:54am

Those are not identical policies. We don't make any claims on any narratives, never have, much less narratives that aren't ours. Who would do that?

Complete opposite policies. And we produce more content each week than Report Host has ever created.

---

**jjonas** (Jeffrey Jonas) 326 October 26, 2023, 1:03am

> Nick Gromicko, CMI:
>
> .Those are not identical policies. We don't make any claims on any narratives, never have, much less narratives that aren't ours. Who would do that?
>
> Complete opposite policies. And we produce more content each week than Report Host has ever created. .

And there's the "Nick Speak" as expected.
And as always…
I won't be suckered into your word games, so…
"walking away" now.



---

**gromicko** (Nick Gromicko, CMI) 327 October 26, 2023, 1:04am

> Jeffrey Jonas:
>
> "walking away" now.

Smart, IMHO.

1 Like

---

**gromicko** (Nick Gromicko, CMI) 328 October 26, 2023, 1:06am

There is only one thing worse than suing over how some inspectors described a leaking water tank.

And that is suing over how some inspector described a leaking water tank using a narrative that was rightfully the inspector's to use.

---

**megbert2** (Michael Egbert) 329 October 26, 2023, 1:36am

So why doesn't Internachi sue reporthost?

If the narratives really are an Internachi work product that RH is trying to copywrite and monetize then

Case No. 1:24-cv-01813-PAB-SBP Document 15-4 filed 09/09/24 USDC Colorado pg 118 of 154

go after them. It may not stop the damage that's been done to your members, but you can still pull a "Gromicko" on RH.

I've been driving at this question from the beginning. Most affected inspectors were snagged by a comment in the Internachi template, downloaded from Spectora.

2 Likes

---

jjonas (Jeffrey Jonas) 330 October 26, 2023, 1:42am

> Michael Egbert:
>
> So why doesn't Internachi sue reporthost?

Because he has no leg to stand on!

> Nick Gromicko, CMI:
>
> Spectora's attorneys figured out how to prevent irreparable harm to you by having the reports available in a far less accessible archive. Without "irreparable" harm, I can't get an injunction. I need one member to sue for me to get in the ring. Either that or I have to succeed in antagonizing both companies until one of them sues me.

---

bquinn2 (Bruce Quinn, CMI TN Lic #1574) 331 October 26, 2023, 1:43am

I'm not seeing Google Backup in my settings?

1 Like

---

gromicko (Nick Gromicko, CMI) 332 October 26, 2023, 1:43am

> megbert2:
>
> So why doesn't Internachi sue reporthost?

Give me grounds and I'll file a suit tomorrow. Report Host hasn't done anything to InterNACHI or you.

And they wisely didn't sue us. They sued Spectora. Your beef is with Spectora.

1 Like

---

**gromicko** (Nick Gromicko, CMI) 333 October 26, 2023, 1:44am

> Michael Egbert:
>
> Most affected inspectors were snagged by a comment in the Internachi template, downloaded from Spectora.

No. I asked members on social to send me the email Spectora sent them and maybe 5% mentioned InterNACHI.

---

**jjonas** (Jeffrey Jonas) 334 October 26, 2023, 1:47am

> Nick Gromicko, CMI:
>
> Give me grounds and I'll file a suit tomorrow. .

So basically, a fight looking for a problem.
Spectora did what they did.
Why don't you put all that energy towards something actually useful?

---

**ruecker** (Ryan Uecker) 335 October 26, 2023, 1:47am

> Bruce Quinn, CMI TN Lic #1574:
>
> I'm not seeing Google Backup in my settings?..

Go to "Settings" on your dashboard.

Scroll down to "System Integrations"




---

**gromicko** (Nick Gromicko, CMI) 336 October 26, 2023, 1:49am

> Jeffrey Jonas:
>
> Why don't you put all that energy towards something actually useful?

It is "actually useful" for me to try to find a way to stop Spectora from deleting members' reports… obviously.

3 Likes

---

**megbert2** (Michael Egbert) 337 October 26, 2023, 2:02am

That's because most inspectors have changed the name of the template they use. They may start with the Internachi one, and then add to and edit it. We change the name of our templates periodically when big updates are done.

Ryan posted the offending Standing Water comment that's been flagged for so many. I didn't know it was in our company templates, but it originally came from the Internachi template when starting with Spectora. That comment was still in the Internachi templates available from the Spectora free template library last I checked.

Case No. 1:24-cv-01813-PAB-SBP Document 15-4 filed 09/09/24 USDC Colorado pg 121 of 154

If that is your comment, then sue rh for using it and trying to make money off it through a process that hurts your members. The ship has sailed on the Spectora cluster f, but you can go after rh for stealing your material and put them down before they do this again to other inspectors.

---

**gromicko** (Nick Gromicko, CMI) 338 October 26, 2023, 2:11am

They haven't stolen anything from us. Claiming they authored some narrative about standing water isn't grounds to file a lawsuit against Report Hoes. And Spectora isn't doing any irreparable harm because they aren't completely deleting anything. Irreparable harm is what I need to file an injunction. And on top of that, they haven't actually done anything yet. And on top of that, I have yet to see the terms of use agreement between y'all and Spectora (likely because you are prohibited within the agreement from sharing it). Spectora may have reserved the right to delete everything of everyone's if they want to. I don't know. You know.

---

**bcawhern1** (Brian Cawhern, CMI) 339 October 26, 2023, 2:19am

So RH took NACHI narratives that were free for everyone, claimed them and then sued Spectora?

Spectora settled and screwed NACHI members?

It's no wonder why Nick wants in the fight. But using the same claimed narrative tactic against RH as they used against Spectora is a bit hypocritical and may hurt the industry.

Nick, I hope you find an angle.

1 Like

---

**gromicko** (Nick Gromicko, CMI) 340 October 26, 2023, 2:21am

> Brian Cawhern, CMI:
>
> So RH took NACHI narratives that were free for everyone, claimed them and then sued Spectora?
>
> Spectora settled and screwed NACHI members?

Correct. And got some money out of Spectora, likely.

> Brian Cawhern, CMI:
>
> Nick, I hope you find an angle.

I have two good law firms trying to get me on the field. I wish they would have sued me.

1 Like

---

**bcawhern1** (Brian Cawhern, CMI) 341 October 26, 2023, 2:30am

Didn't they just force some cc service down your throats?

Then some sloppy new software version rollout?

Now this?

What's next, selling your customer data? Deal is probably already tabled.

Ughhh…

---

**gromicko** (Nick Gromicko, CMI) 342 October 26, 2023, 2:46am

I think Spectora is already owned by a private equity group. Let them come here and deny.

---

**bquinn2** (Bruce Quinn, CMI TN Lic #1574) 343 October 26, 2023, 3:46am

Got it! Thank you kind sir!! What a PITA this whole exercise has been.

1 Like

---

**jkirch2** (Justin Kirch) 344 October 26, 2023, 4:05am

I appreciate being a member of internachi and have had very few issues with spectora. I am a member of internachi and have been much longer than being a user of spectora. It sounds like you( the founder would like to fight this) but keep finding reasons why your hands are tied. I would think that rather than calling people "man bun" and "weak", you would want to protect us members and your fellow reporting software that helps to grow the businesses. This is an issue you were dragged into, not by your own accord. Together we remain stronger. We know who the true problem is, why not send it back to them? I am willing to help in any way possible as I am sure many others here are as well. This is only an issue for internachi and spectora because report house said it is, until it becomes an issue for all reporting software and members of other associations.

---

**gromicko** (Nick Gromicko, CMI) 345 October 26, 2023, 4:26am

> Justin Kirch:
>
> This is an issue you were dragged into, not by your own accord.

Correct.

> Justin Kirch:
>
> you would want to protect us members

I do. I'd like to do more. What more can I do? Maybe buy Porch while their stock crashed: **Porch is probably within range for us to buy the company at this point** That way we can have ISN and HIP.

Either that or we'll have to build something in-house for our members.

---

**jkirch2** (Justin Kirch) 346 October 26, 2023, 4:48am

Seems a little cherry picked. We all need to stand together, or they will get away with this. You already said this is not substantial. Lets get it corrected.

---

**rbleich** (Richard Bleich) 347 October 26, 2023, 12:37pm

> Nick Gromicko, CMI:
>
> What more can I do?

Just buy out RH and call it a day.

Edit: better yet buy Spectora and countersue RH.

3 Likes

---

**ruecker** (Ryan Uecker) 348 October 26, 2023, 12:40pm

> Brian Cawhern, CMI:
>
> Didn't they just force some cc service down your throats?.

They stopped integrating with all but one provider (Stripe). Of course you can still use whoever you want, it just won't be integrated.

> Brian Cawhern, CMI:
>
> Then some sloppy new software version rollout?.

Technically it's still in beta development. But it is taking longer than they expected for sure.

> Brian Cawhern, CMI:
>
> What's next, selling your customer data?.

I hope not! They have stated several times that they never intend to do that.

1 Like

---

**jbushart1** (James Bushart, PA, SCLA) 349 October 26, 2023, 12:53pm

> Ryan Uecker:

> They have stated several times that they never intend to do that.

Of course they say that. All lead brokers say that; however, even vendors who tell you such things have no control over your customers' data when they sell their businesses to the next guy who bought it in order to obtain all that data.

Try to think of why a major insurance company like American Family would buy a home inspector software company for reasons other than the information the reports have about the homes, by address.

2 Likes

---

**ruecker** (Ryan Uecker) 350 October 26, 2023, 12:57pm

> James Bushart, PA, SCLA:
>
> Try to think…

It's no secret that the data can be very valuable and sought after by several parties.

---

**jburkeson1** (Joseph Burkeson, CMI) 351 October 26, 2023, 1:45pm

Not to feed the paranoia but it seems to me that if they can know if a report was created from a template by reading the contents of the report file then they can also read all of the sensitive personal customer data too, no? 🤔

3 Likes

---

**jjonas** (Jeffrey Jonas) 352 October 26, 2023, 1:49pm

> Ryan Uecker:
>
> They have stated several times that they never intend to do that.




1 Like

---

**jbushart1** (James Bushart, PA, SCLA) 353 October 26, 2023, 1:51pm

> Joseph Burkeson, CMI:
>
> Not to feed the paranoia but it seems to me that if they can know if a report was created from a template by reading the contents of the report file then they can also read all of the sensitive personal customer data too, no? 🤔

In the end, Joe, the real kicker is how these vendors can harvest and sell (and resell) all the information contained in these reports while convincing home inspectors to *PAY THE VENDOR* while providing the data to them. Imagine a gas station *paying you* for allowing them to store gas in your tank.

I would think that a home inspection association would work hard to protect its members and their customers from such things, unless … *nah.* NACHI and ASHI wouldn’t be getting kickbacks or having any part in that. That’s silly. Right?

2 Likes

---

**jspencer** (Jeff Spencer) 355 October 26, 2023, 2:25pm

> Ryan Uecker:
>
> > bcawhern1:
> >
> > Didn't they just force some cc service down your throats?.
>
> They stopped integrating with all but one provider (Stripe). Of course you can still use whoever you want, it just won't be integrated.
>
> > bcawhern1:
> >
> > Then some sloppy new software version rollout?.
>
> Technically it's still in beta development. But it is taking longer than they expected for sure.
>
> > bcawhern1:
> >
> > What's next, selling your customer data?.
>
> I hope not! They have stated several times that they never intend to do that.

They need to raise your commission.




2 Likes

---

**gromicko** (Nick Gromicko, CMI) 356 October 26, 2023, 3:27pm

> James Bushart, PA, SCLA:
>
> Try to think of why a major insurance company like American Family would buy a home inspector software company for reasons other than the information the reports have about the homes, by address.

You regularly fail to make a distinction between a company using data and a company selling data. Am Fam doesn't sell data.

1 Like

---

**jbushart1** (James Bushart, PA, SCLA) 357 October 26, 2023, 3:34pm

> Nick Gromicko, CMI:
>
> Am Fam doesn't sell data.

I made that distinction years ago on this message board when American Family bought one of these vendors out. Was it **HomeGuage**? How many home inspectors and clients know that their reports are available for screening by at least one insurance company and can be used to (sometimes improperly) deny insurance claims when they use the software program American Family now owns? Do you tell them that? Shouldn't homebuyers that hire inspectors using that program be informed of this and how their choice to hire such an inspector might affect their insurance coverage?

I would be interested, professionally, if you can share with me how you know for a fact that AmFam does not sell or otherwise provide the same data to other insurance providers.

3 Likes

---

**jspencer** (Jeff Spencer) 358 October 26, 2023, 4:10pm

> Nick Gromicko, CMI:
>
> > jbushart1:

> > Try to think of why a major insurance company like American Family would buy a home inspector software company for reasons other than the information the reports have about the homes, by address.
>
> You regularly fail to make a distinction between a company using data and a company selling data. Am Fam doesn't sell data.

A couple of weeks ago, I received a call to do a four-point inspection. In 15 years, this is the first time I have had this request as I am located in Iowa. Her insurance company was requesting the inspection before they would extend/rewrite her policy for another year. I let her know that this seemed odd and asked her to call them for clarification. She called back a couple of hours later and said that they are requiring her to have a full home inspection. So, I performed a normal home inspection.

This is where it gets really odd. They told her that she does not need to send them the inspection report. They just needed to know when the inspection would take place and they would let her know if they were able to rewrite her policy within 2 weeks of the inspection. It really makes you think. How are they are making their decision if they are not getting the information from her?

A bit off topic, but relevant to the conversation.
My best friend is a VP of analytics for one of the moderate sized insurance companies. It seems like every time we talk, he mentions which companies are no longer writing new policies in Iowa and other states as well. I asked him if the companies in Iowa, or the Midwest will ever require something comparable to four-points. He does believe that it is in the very near future. This would eliminate the low dollar drive by condition checks and give a substantial amount of work to actual home inspectors. Maybe if they implement this, it will eliminate the selling of information.

1 Like

---

**ruecker** (Ryan Uecker) 359 October 26, 2023, 8:25pm

> Jeff Spencer:
>
> They need to raise your commission…

I'm probably going to get fired after I created this meme and posted it here and on Facebook. But I thought it was pretty funny, lol.




8 Likes

---

**imayer** (Ian Mayer, CMI) 360 October 26, 2023, 9:29pm

> Nick Gromicko, CMI:
>
> > megbert2:
> >
> > So why doesn't Internachi sue reporthost?
>
> Give me grounds and I'll file a suit tomorrow. Report Host hasn't done anything to InterNACHI or you. And they wisely didn't sue us. They sued Spectora. Your beef is with Spectora.

I still say RH took their course of action specifically to avoid you.

IF RH claims are true, then hundreds (thousands?) of InterNACHI members and every single reporting software company should be sued.

But RH only chose to sue Spectora because they lacked the bandwidth to go after everyone and they knew only going after Spectora would keep you on the sidelines.

Personally, I think RH is playing you like a violin. RH found a way to keep you on the sidelines.

1 Like

---

**imayer** (Ian Mayer, CMI) 361 October 26, 2023, 9:38pm

> Nick Gromicko, CMI:
>
> > Brian Cawhern, CMI:
> >
> > These inspectors are being harmed by this misrepresentation.
>
> After I started this thread, Spectora's attorneys figured out how to prevent irreparable harm to you by having the reports available in a far less accessible archive. Without "irreparable" harm, I can't get an injunction. **I need one member to sue for me to get in the ring.** Either that or I have to succeed in antagonizing both companies until one of them sues me. In the "Let's see who runs out of money first" legal game, it matters not if I'm a plaintiff or defendant. My attorneys are trying to get me on the field.

I know there are inspection companies considering it.

An issue for someone like me is a basic lack of understanding of how to sue someone in a different state. I mean I know attorneys here for California matters when I need defense. I've never gone down the path of suing someone.

And of course, I hope it's all resolved without having to sue.

I like Kevin and Mike, we're friends, we hang out at times. But I will do what I have to do to protect my company. My legal obligation is to my clients.

1 Like

---

**dsorensen5** (Dave Sorensen) 362 October 26, 2023, 11:12pm

I'm talking with HIP sales right now and they're telling me the deal is only $150 off the one time license purchase and 50% off the first three months, not 50% for the first year

Case No. 1:24-cv-01813-PAB-SBP Document 15-4 filed 09/09/24 USDC Colorado pg 132 of 154

**ccurrins** (Christopher Currins, CMI) 363 October 27, 2023, 3:16am

> Nick Gromicko, CMI:
>
> . Am Fam doesn't sell data.

They shouldn't be using it either, without the inspector and clients permission. They claim the reports are private, and they don't read them. But??

---

**mkiefer** (Matthew Kiefer) 364 October 27, 2023, 1:23pm

The issue is not creating a new template, it is Spectora removing our ability to access past reports without contacting them. This does not comply with Record Keeping Requirements.

2 Likes

---

**mkiefer** (Matthew Kiefer) 365 October 27, 2023, 1:27pm

Are you sure they can't delete the backup? I would "copy" those reports from the backup folder they created to be safe, if you haven't already.

2 Likes

---

**mkiefer** (Matthew Kiefer) 366 October 27, 2023, 1:28pm

I was too late with the backup. I started yesterday and I think everyone is doing the same thing because it only saved 5 inspections overnight.

1 Like

---

**ruecker** (Ryan Uecker) 367 October 27, 2023, 1:29pm

> Matthew Kiefer:
>
> Are you sure they can't delete the backup? I would "copy" those reports from the backup folder they created to be safe, if you haven't already…

They probably can, lol. I'm going to bring them down to a local drive as well. Hopefully they don't show up at my house to find that drive!

2 Likes

---

**gromicko** (Nick Gromicko, CMI) 368 October 27, 2023, 4:24pm

I reached out to Report Host yesterday and offered to pay them a chunk of cash… in return for them abandoning all claims to any narrative or template used by any InterNACHI member anywhere. This would simultaneously relieve Spectora of having to delete anything used by an InterNACHI member.

6 Likes

---

**bcawhern1** (Brian Cawhern, CMI) 369 October 27, 2023, 4:30pm

> Nick Gromicko, CMI:
>
> in return for them abandoning all claims to any narrative or template used by any InterNACHI member anywhere.

Now and future I hope. For this may be their new business model.

---

**gromicko** (Nick Gromicko, CMI) 370 October 27, 2023, 4:42pm

Jamie at PRO-LAB graciously put up part of the money as soon as I asked him to help: **www.reliablelab.com**

3 Likes

---

**gromicko** (Nick Gromicko, CMI) 371 October 27, 2023, 4:50pm

I called Kevin (got VM) and asked if he can hold off until I can cut this deal with Report Host.

2 Likes

---

**imayer** (Ian Mayer, CMI) 372 October 27, 2023, 4:56pm

> Nick Gromicko, CMI:
>
> And on top of that, I have yet to see the terms of use agreement between y'all and Spectora (likely because you are prohibited within the agreement from sharing it). Spectora may have reserved the right to delete everything of everyone's if they want to. I don't know. You know.

Well, a Google search brings up this:

**https://www.spectora.com/terms/**

Reading through it, it does seem like they have insulated themselves pretty well from being liable if they delete old content. 🤔

1 Like

---

**jyoung32** (Joe Young) 373 October 27, 2023, 5:13pm

The sharks are starting to circle




1 Like

---

**bhoefer** (Brian Hoefer) 374 October 27, 2023, 5:31pm

> Nick Gromicko, CMI:
>
> I want to file suits to protect members.

You might want to go through your old (original) narratives, prior to RH being formed as a company, and find some that were plagiarized by the RH. Then, file an Amicus Brief to the current suit claiming those (and hundreds more like that) existed within the public domain, negating their alleged copyright.

1 Like

---

**gromicko** (Nick Gromicko, CMI) 375 October 27, 2023, 5:34pm

> Brian Hoefer:
>
> Then, file an Amicus Brief

There is no case to file the brief. It was settled.

---

**mbazzo** (Michael Bazzo, CMI) 376 October 27, 2023, 8:30pm

I've been saying this since day one. Congratulations on coming to your senses.

---

**gromicko** (Nick Gromicko, CMI) 377 October 28, 2023, 2:13am

|### Paul McIntyre (paulmc)|7:05 PM (1 hour ago)||

|
|—|—|—|
|to Gromicko

|

Hi Nick,

Thanks for chatting with me today about some of the ideas circulating in the industry related to HomeGauge and our parent company. As we discussed, our parent company absolutely doesn't sell our customers' or clients' data.

We're part of a larger company in an industry that is required to play by the rules, and we take data privacy and security very seriously. In fact, we are one of the most regulated and secure industries in the country. We follow strict privacy laws and extra-tough security standards to make sure your information stays safe. You can trust that your data won't be mishandled, compromised, tampered with, or accessed by anyone without explicit consent. We're committed to transparency and security for all involved.

Insurance companies and home inspectors share a common goal: helping homeowners understand what's happening in their homes and making sure the property and the those living there are safe and sound.

Our main objective is to prevent problems before they even happen. When things go wrong, it can cost homeowners significantly; they could lose valuable or irreplaceable items, pay high deductibles, and in a worst-case scenario, someone could get hurt. It's a lose/lose situation for all involved. We want to reduce risks in homes and improve things for everyone so none of this happens in the first place.

For example, a major issue for preventable claims in a home is when rodents chew through a plastic water line behind the fridge, causing extensive damage. These incidents usually happen when families are away since rodents are more active in an empty home, which can be a disaster. But we can prevent this by spotting these risks early and upgrading to a braided water line to prevent water-related damage in homes.

Situations like this are why I want to find ways to connect the dots between the inspection world and the

insurance world. Our goal is simple: how can we help homeowners with the ups and downs of owning a home and keeping it safe? We have a shared objective: how to help homeowners navigate the complexities of owning a home and reduce risks to their most valuable asset.

Thanks again for your time today! I hope this helps clear things up and shows how we can benefit from working together.

Sincerely,

Paul McIntyre

President

HomeGauge

HomeGauge Home Inspection Software

---

**jspencer** (Jeff Spencer) 378 October 28, 2023, 2:50am

> Nick Gromicko, CMI:
>
> Hi Nick,
>
> Thanks for chatting with me today about some of the ideas circulating in the industry related to HomeGauge and our parent company. As we discussed, our parent company absolutely doesn't sell our customers' or clients' data.
>
> We're part of a larger company in an industry that is required to play by the rules, and we take data privacy and security very seriously. In fact, we are one of the most regulated and secure industries in the country. We follow strict privacy laws and extra-tough security standards to make sure your information stays safe. You can trust that your data won't be mishandled, compromised, tampered with, or accessed by anyone without explicit consent. We're committed to transparency and security for all involved.
>
> Insurance companies and home inspectors share a common goal: helping homeowners understand what's happening in their homes and making sure the property and the those living there are safe and sound.
>
> Our main objective is to prevent problems before they even happen. When things go wrong, it can cost homeowners significantly; they could lose valuable or irreplaceable items, pay high deductibles, and in a worst-case scenario, someone could get hurt. It's a lose/lose situation for all involved. We want to reduce risks in homes and improve things for everyone so none of this

> happens in the first place.
>
> For example, a major issue for preventable claims in a home is when rodents chew through a plastic water line behind the fridge, causing extensive damage. These incidents usually happen when families are away since rodents are more active in an empty home, which can be a disaster. But we can prevent this by spotting these risks early and upgrading to a braided water line to prevent water-related damage in homes.
>
> Situations like this are why I want to find ways to connect the dots between the inspection world and the insurance world. Our goal is simple: how can we help homeowners with the ups and downs of owning a home and keeping it safe? We have a shared objective: how to help homeowners navigate the complexities of owning a home and reduce risks to their most valuable asset.
>
> Thanks again for your time today! I hope this helps clear things up and shows how we can benefit from working together.
>
> Sincerely,
>
> Paul McIntyre
>
> President
>
> HomeGauge
>
> HomeGauge Home Inspection Software

Am I reading this wrong? Paul is saying that the insurance company is using the information from a home inspection and defending it with the excuse that they do not sell the information to others???

5 Likes

---

**ruecker** (Ryan Uecker) 379 October 28, 2023, 2:57am

> Jeff Spencer:
>
> Paul is saying that the insurance company is using the information from a home inspection and defending it with the excuse that they do not sell the information to others???.

They are hoarding the data for their exclusive use. At least Porch offers to sell the data to other providers (as well as use it themselves), lol.

2 Likes

---

**jspencer** (Jeff Spencer) 380 October 28, 2023, 2:59am

> Ryan Uecker:
>
> They are hoarding the data for their exclusive use. At least Porch offers to sell the data to other providers (as well as use it themselves), lol.

It kind of sounds selfish when you put it like that.

1 Like

---

**ruecker** (Ryan Uecker) 381 October 28, 2023, 3:01am

> Jeff Spencer:
>
> It kind of sounds selfish when you put it like that…

They like to call it "exploiting all sources of revenue." 👍

1 Like

---

**jspencer** (Jeff Spencer) 382 October 28, 2023, 3:03am

> Ryan Uecker:
>
> They like to call it "exploiting all sources of revenue." 👍

You have to diversify if you are going to make it in this economy.

1 Like

---

**ccurrins** (Christopher Currins, CMI) 383 October 28, 2023, 3:08am

HomeGauge, or their parent company, should have zero access, or legitimate reason to read, any of these reports, period. All reports should be solely between the inspector and the client, and no one else.

HomeGauge should be nothing more than a report software and cloud storage service.

6 Likes

---

**lkage** (Larry Kage, CMI) 384 October 28, 2023, 3:13am

It is a partnership whereby the insurance company directs the homeowner where the risks are so the homeowner can pay to mitigate those (and any other) perceived risks AND continue to pay their unchanged premium. Then the insurance company will be thanked…sarcasm.

1 Like

---

**jbushart1** (James Bushart, PA, SCLA) 385 October 28, 2023, 10:05am

Please thank Mr. McIntyre for confirming my post. I hope it is now clear to you as well that American Family is harvesting and using information from home inspection reports for insurance coverage purposes.

Keep in mind that the homebuyer that hires an inspector using American Family's software program does NOT even have home insurance at the time of the inspection. Accordingly, this is NOT a simple matter of a home insurance company working to help a customer and … most importantly … it is something that is being concealed from the homebuyer who unwittingly allows this information to be provided to American Family by their home inspector.

Again, it is sadly humorous to see how home inspectors are the ones paying the vendors for the software that vendors use to harvest this data. It should be the other way around.

4 Likes

---

**kleonard** (Kevin Leonard, CPI/CMI) 386 October 28, 2023, 10:08am

> Christopher Currins, CMI:
>
> HomeGauge, or their parent company, should have zero access, or legitimate reason to read, any of these reports, period. All reports should be solely between the inspector and the client, and no one else.
> HomeGauge should be nothing more than a report software and cloud storage service.

I agree, and will add, not only HomeGuage, but any vendor that inspectors entrust with their clients information.

I think it would be a win win if Nick were to buy out Porch and obtain ISN and HIP to, for a small fee, provide home inspectors these services free from worry of lead brokers using our clients information.

2 Likes

---

**imayer** (Ian Mayer, CMI) 387 October 28, 2023, 6:32pm

> Nick Gromicko, CMI:
>
> I reached out to Report Host yesterday and offered to pay them a chunk of cash… in return for them abandoning all claims to any narrative or template used by any InterNACHI member anywhere. This would simultaneously relieve Spectora of having to delete anything used by an InterNACHI member.

Hopefully, RH comes to its senses and takes the money.

2 Likes

---

**wupchurch** (Wesley Upchurch) 389 October 30, 2023, 9:23am

> Nick Gromicko, CMI:
>
> Great idea. I'll be giving away a lot of narrative libraries at our annual online Christmas Party this year. And like every year, we'll be giving away free reporting software.
>
> I told the insurance vendors in our industry that if they didn't clean up their act, we'd launch our own in-house insurance company. We did.
>
> Maybe time for me to tell the reporting software vendors the same thing.

If you're serious about this, let me know. I'll develop it. I've been developing websites and applications for a long time.

---

**aduhaime** (Arthur Duhaime, CPI, RMS, CRT) 391 October 31, 2023, 12:38am

> Michael Schneider:
>
> Here's an informational item regarding laundry dryer vents that ChatGPT did the heavy lifting on

Don't mean to nitpick the AI, but an obstructed dryer vent won't make the dryer work harder and consume more energy. The blower motor consumes energy under a load when it is moving air if you block the air it will spin statically and use less energy. However the dryer will begin to overheat which is the real concern behind why we need to clean dryer vents and why this is typically considered a safety concern.

---

**ruecker** (Ryan Uecker) 392 October 31, 2023, 12:53am

> Arthur Duhaime, CPI, RMS, CRT:
>
> Don't mean to nitpick the AI, but an obstructed dryer vent won't make the dryer work harder and consume more energy…

An obstructed vent will not allow the clothes to dry as fast. That causes the dryer to run longer and consume more energy.

8 Likes

---

**mschneider5** (Michael Schneider) 393 October 31, 2023, 12:58am

> Arthur Duhaime, CPI, RMS, CRT:
>
> but an obstructed dryer vent won't make the dryer work harder and consume more energy.

Thanks Arthur! Feedback always welcome.

Technically correct. If you prefer dry laundry, though, you will ultimately use more energy and put more "miles" on your device than you would otherwise with a clear duct.

Maybe I will re-word "work harder"

4 Likes

---

**aduhaime** (Arthur Duhaime, CPI, RMS, CRT) 394 October 31, 2023, 4:19am

> Michael Schneider:
>
> > aduhaime:
> >
> > Don't mean to nitpick the AI, but an obstructed dryer vent won't make the dryer work harder and consume more energy. The blower motor consumes energy under a load when it is moving air if you block the air it will spin statically and use less energy. However the dryer will begin to overheat which is the real concern behind why we need to clean dryer vents and why this is typically considered a safety concern.
>
> Thanks Arthur! Feedback always welcome.
>
> Technically correct. If you prefer dry laundry, though, you will ultimately use more energy and put more "miles" on your device than you would otherwise with a clear duct.
>
> Maybe I will re-word "work harder"

I had chat GPT attempt to write a technical blog on wall flashings and the errors were many. It proved a waste of time for me. So when I read your post about the narrative I had to jump on it 🤣. I do think there is a real concern for AI's taking incorrect or out of context information and using it elsewhere for someone who is not able to properly proofread.

@ruecker makes a good point that the dryer would ultimately use more energy to fully dry the clothes with restricted airflow from a vent clog. Serves me right for nitpicking.

4 Likes

---

**bcawhern1** (Brian Cawhern, CMI) 395 October 31, 2023, 1:00pm

Not picking on you Michael. I am making a broader comment.

> Michael Schneider:
>
> Here's an informational item regarding laundry dryer vents that ChatGPT did the heavy lifting on.

Sometimes less words can be better. As we attempt to provide additional guidance to our clients, we run the risk of a few things;

1. Our report becomes less objective. The report is no longer a statement of fact concerning the condition of the home, but rather a collection of ambiguous statements.
2. The longer the paragraphs, the more likely we are to include incorrect information or omit important information.
3. Reader fatigue.

5 Likes

---

**mschneider5** (Michael Schneider) 396 October 31, 2023, 1:20pm

You're not wrong!

---

**imayer** (Ian Mayer, CMI) 397 October 31, 2023, 7:44pm

> Nick Gromicko, CMI:
>
> I reached out to Report Host yesterday and offered to pay them a chunk of cash… in return for them abandoning all claims to any narrative or template used by any InterNACHI member anywhere. This would simultaneously relieve Spectora of having to delete anything used by an InterNACHI member.

Any updates?

---

**ddagostino** (Dominic DAgostino, CMI HI3957) 398 October 31, 2023, 8:17pm

> Ian Mayer, CMI:
>
> Any updates?

He'll tell you as long you provide the reason that you need it… 😉

Case No. 1:24-cv-01813-PAB-SBP Document 15-4 filed 09/09/24 USDC Colorado pg 145 of 154

5 Likes

---

jhagans (Joel Hagans, CMI®) 399 October 31, 2023, 9:38pm

I would like to know if there are any updates because I am one of the ones losing full access to reports. I also have to update 9 templates with a total of 900 narratives that 100% are not report host's but are too close and got flagged.

---

ruecker (Ryan Uecker) 400 October 31, 2023, 9:56pm

> Joel Hagans, CMI®:
>
> I also have to update 9 templates with a total of 900 narratives that 100% are not report host's but are too close and got flagged…

Wow, that's a lot. Were you a RH customer at one point and modified their comments?

---

jhagans (Joel Hagans, CMI®) 401 October 31, 2023, 10:10pm

> Ryan Uecker:
>
> Wow, that's a lot. Were you a RH customer at one point and modified their comments?

Funny thing is no.

Half of the flagged are ones I wrote myself. Most of the rest are from the Big Ben interNACHI template.

2 Likes

---

imayer (Ian Mayer, CMI) 402 October 31, 2023, 10:36pm

> Joel Hagans, CMI®:

> I would like to know if there are any updates because I am one of the ones losing full access to reports. I also have to update 9 templates with a total of 900 narratives that 100% are not report host's but **are too close** and got flagged.

This is my major beef. RH is not just going after their comments, but anything they determine to be “too close”

I re-wrote my comments 3 years ago, and they’re still claiming 17 of them are somehow in violation.

Who’s to say anyone who writes an original narrative won’t somehow offend them because the words are similar? How many ways can any write up the same issue in a home?

4 Likes

---

**jhagans** (Joel Hagans, CMI®) 403 November 1, 2023, 12:17am

> Ian Mayer, CMI:
>
> This is my major beef. RH is not just going after their comments, but anything they determine to be “too close”
>
> I re-wrote my comments 3 years ago, and they’re still claiming 17 of them are somehow in violation.
>
> Who’s to say anyone who writes an original narrative won’t somehow offend them because the words are similar? How many ways can any write up the same issue in a home?

That’s my issue. One narrative that was flagged was “Receptacle - Open Ground: One or more receptacles were found to have an open ground. Evaluation and repair is recommended.” I wrote that in hast one day because I could not find the more detailed comment I knew I had in there somewhere. I have never seen a report host report but somehow that was one of theirs? Wouldn’t something need to be unique in some way to be copyrighted? This is about as generic as it gets.

It is just a money grab thing for them and I hope Nick sues them into bankruptcy if they do not take his offer.

1 Like

---

**ccurrins** (Christopher Currins, CMI) 404 November 1, 2023, 1:28am

> Joel Hagans, CMI®:
>
> One narrative that was flagged was "Receptacle - Open Ground: One or more receptacles were found to have an open ground. Evaluation and repair is recommended." I wrote that in hast one day because I could not find the more detailed comment I knew I had in there somewhere. This is about as generic as it gets.

I can't believe Spectora caved like they did. They should have definitely taken this to court. It's obvious they would have easily won, and this nightmare would have never happened.

4 Likes

---

**ruecker** (Ryan Uecker) 405 November 1, 2023, 1:32am

> Christopher Currins, CMI:
>
> They should have definitely taken this to court…

Some are proposing that there is a reason they settled quickly. The reasons being thrown around are that capital investors required it, and/or a sale is in the process and this needed to go away fast. I have no info that is not already public, but I could see how a pending lawsuit could gummy up the works in either of these scenarios. 🤷‍♂️

1 Like

---

**ccurrins** (Christopher Currins, CMI) 406 November 1, 2023, 1:35am

Well in my opinion they got some very bad advice. And this may backfire, more than it helped their future business deal.

3 Likes

---

**jjonas** (Jeffrey Jonas) 407 November 1, 2023, 1:37am

> Ryan Uecker:

> a pending lawsuit could gummy up the works in either of these scenarios.

Explains why Nick backed away pretty quick, and his alleged "communication" with RH went nowhere.
Two words… "saving face"!

2 Likes

---

**ruecker** (Ryan Uecker) 408 November 1, 2023, 1:39am

> Jeffrey Jonas:
>
> Explains why Nick backed away pretty quick, and his alleged "communication" with RH went nowhere.
> Two words… "saving face"!.

Maybe Jake from State Farm wants in on the "collecting inspection data" action?




1 Like

---

**jjonas** (Jeffrey Jonas) 409 November 1, 2023, 1:41am

> Ryan Uecker:
>
> Jake from State Farm wants in on the "collecting inspection data" action

You watched the Podcast, right?

Notice how "chummy" Nick was with the enemy of the InterNachi Membership?
No words needed!

1 Like

---

**ruecker** (Ryan Uecker) 410 November 1, 2023, 1:43am

> Jeffrey Jonas:
>
> You watched the Podcast, right?
> Notice how "chummy" Nick was with the enemy of the InterNachi Membership?..

I watched it. I assume Nate is the enemy you speak of? Whatever went down there was before my time.

1 Like

---

**jjonas** (Jeffrey Jonas) 411 November 1, 2023, 1:48am

> Ryan Uecker:
>
> Whatever went down there

So many things, but to give you an idea of one…

**He used to threaten lawsuits to any member that spoke negatively about him or his company!**

It eventually became so bad (seemingly) that Nick was forced to **BAN** him from the MB… and purged untold numbers of threads from the website!!

2 Likes

---

**ruecker** (Ryan Uecker) 412 November 1, 2023, 2:04am

> Jeffrey Jonas:
>
> He used to threaten lawsuits…



1 Like

---

**ruecker** (Ryan Uecker) 413 November 1, 2023, 2:09am

> Jeffrey Jonas:
>
> He used to threaten lawsuits…

Why does it seam like everything and everyone wants to sue home inspectors? We even sue each other apparently, lol.

Banks, insurance companies, clients, sellers, agents, vendors, etc. What gives? Why everyone hate us? 🤷‍♂️

I'm afraid to take a look at my dog's dog house for fear she'll sue me for not having a fresh blanky in there, lol.

1 Like

---

**jjonas** (Jeffrey Jonas) 414 November 1, 2023, 2:12am

IMO, it all boils down to someone being butthurt/offended and can't look them eye to eye in this digital age!
If that poosey Thornbury ever got face-to-face with the person he threatened… he'd get his ass kicked!!

1 Like

---

**ruecker** (Ryan Uecker) 415 November 1, 2023, 2:18am

> Jeffrey Jonas:
>
> IMO, it all boils down to someone being butthurt/offended…

I'm thinking I might inspect my own home then sue my company for malpractice, errors, misses, breaking the garage door, plugging the toilet, being unreasonable, not knocking first, parking in the driveway, leaving the oven on, and flying my drone into my own head. I can then retire happily.

2 Likes

---

**jspencer** (Jeff Spencer) 416 November 1, 2023, 2:57am

> Ryan Uecker:
>
> I'm thinking I might inspect my own home then sue my company for malpractice, errors, misses, breaking the garage door, plugging the toilet, being unreasonable, not knocking first, parking in the driveway, leaving the oven on, and flying my drone into my own head. I can then retire happily.

Would be fun to call a few ambulance chasing attorneys with the idea, just to see how many would tell you that you have a case.

1 Like

---

**jjonas** (Jeffrey Jonas) 417 November 1, 2023, 12:09pm

> Jeff Spencer:

> just to see how many would tell you that you have a case.

As long as you have insurance…!

---

**bcawhern1** (Brian Cawhern, CMI) 418 November 2, 2023, 1:11pm

> Jeffrey Jonas:
>
> As long as you have insurance…!

In a former life I was in charge of a handful of restaurants. The volume of frivolous lawsuits was insane. It removes all faith in humanity.

3 Likes

---

**jroot** (James Root) 419 November 2, 2023, 11:04pm

> Ryan Uecker:
>
> > Jeff Spencer:
> >
> > Will there be free software given out this year?.
>
> 
> 

There is nothing free period!

FYI I had never heard of ReportHosts before this either.

3 Likes

---

**imayer** (Ian Mayer, CMI) 420 November 7, 2023, 2:48pm

> Nick Gromicko, CMI:
>
> I reached out to Report Host yesterday and offered to pay them a chunk of cash… in return for them abandoning all claims to any narrative or template used by any InterNACHI member anywhere. This would simultaneously relieve Spectora of having to delete anything used by an InterNACHI member.

Any news? Any updates?

---

**gromicko** (Nick Gromicko, CMI) 421 November 10, 2023, 9:33pm

Yes. I'm super pleased to announce the narratives are InterNACHI's and Jim Gallant agreed in an email. So Spectora need not delete any of them.



**Jim Gallant** <jimg@reporthost.com> Wed, Aug 29, 2012, 7:26 PM
to InterNACHI

Thanks Ben. Sheryl had the impression that you and she were discussing all the student checklists that are part of the NACHI training materials. She said you told her that HIP and HomeGauge incorporated these into their software so that when NACHI-trained students use them, they find checklists that look just the same to them as in their NACHI training. We'd like to make sure ReportHost is offering this too.

Sheryl talked with Chris about the energy-audit tool also. We'd like to make a template with that too, but we'd really like to see all the student checklists that are included in all the NACHI training materials so that we can get make templates with them. Is this possible?

...

[Message clipped] View entire message

**InterNACHI - Ben Gromicko** <ben@internachi.org> Thu, Aug 30, 2012, 2:28 PM
to Jim

Here are the ones that I can recall (attached) and following links:
http://iac2.org/sop, which is essentially a checklist for performing mold inspections.
http://www.nachi.org/sop.htm, essentially a checklist for performing home inspections.
Green features checklist http://www.nachi.org/comsop.htm#15
Firedoor inspection checklist http://www.nachi.org/comsop.htm#16
Fireplace checklist http://www.nachi.org/comsop.htm#17
Radon mitigation system checklist http://www.nachi.org/comsop.htm#18

...

[Message clipped] View entire message

7 Attachments • Scanned by Gmail

Checklist-FL-Win... | checklist-home-... | checklist-home-... | inspection-check...
Checklists for the Seasons
10 Steps to Inspecting a Garage Door Opener by Ben Gromicko
checklist-inspect... | inspection-check... | Checklist-Septic-...

4 Likes

---

**mtimpani** (Mark Timpani, CMI) 422 November 10, 2023, 9:59pm

Great news!

1 Like

---

**gromicko** (Nick Gromicko, CMI) 423 November 10, 2023, 10:12pm

Everyone: This thread is now obsolete. Please don't post here any longer. Jump to the current status of thing over here: **Spectora - ReportHost - report deletion issue resolved. InterNACHI members' reports not being deleted**

Thanks for not posting here any longer.