IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:24-cv-01813-PAB-SBP

REPORTHOST LLC,

        Plaintiff

v.

SPECTORA INC.,

        Defendant

---

**PLAINTIFF REPORTHOST'S MOTION FOR LEAVE TO FILE SURREPLY IN SUPPORT OF PLAINTIFF'S RESPONSE TO DEFENDANT SPECTORA'S SPECIAL MOTION TO DISMISS (DKT. 16)**

---

Plaintiff ReportHost LLC ("ReportHost") respectfully requests leave of this Court to file a surreply in support of its Opposition to Defendant Spectora, Inc.'s ("Spectora") Special Motion to Dismiss (Dkt. 16). Specifically, Defendant Spectora introduces new argument and evidence concerning the false statement underlying ReportHost's Colorado Consumer Protection Act claim. *See* Dkt. 34 at 9-10, Dkt 34-1, and Dkt. 34-2. Claiming that this evidence and argument contradicts ReportHost's position, Spectora uses graphical representations and wordplay to confuse the actual factual issue: that the relevant narrative is *not* one claimed by ReportHost. Spectora could have made this argument in its original motion (where it included the narrative) but did not address it. A surreply is, therefore, required to refute this newly added and impermissible argument and to correct any misunderstanding. *See Stump v. Gates*, 211 F.3d 527, 533 (10th Cir. 2000) (new issues in reply briefings "rob[] the [counterparty] of the opportunity to

1

demonstrate that the record does not support" the assertion made). A draft surreply and its supporting exhibits, which will be filed exactly as depicted and solely address this issue, are attached to this motion.

      Respectfully submitted this 23rd day of October, 2024.

<u>s/ Ethan Vodde</u>
***Ethan B. Vodde***
Vodde IP, PLLC
5428 S. Regal St. #30956
Spokane, WA 99223
Phone: (509) 290-0667
Email: ethan@voddeip.com
***Attorney for Plaintiff ReportHost LLC***

## CERTIFICATE OF SERVICE

I hereby certify that on October 23, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to Defendant's counsel of record's email addresses.

s/ Ethan Vodde
***Ethan B. Vodde***
Vodde IP, PLLC
5428 S. Regal St. #30956
Spokane, WA 99223
Phone: (509) 290-0667
Email: ethan@voddeip.com
***Attorney for Plaintiff ReportHost LLC***
