EXHIBIT
4

# COPY OF E-FILE APPLICATION

NOTE: The attached is a true representation of the information submitted to the Copyright Office in association with the electronic application for registration of material identified as **FOUR POINT INSURANCE INSPECTION AND 5 OTHERS UNPUBLISHED WORKS** service number **SR# 1-8634002821**. In the course of the Copyright Office's consideration of the application, the submitted information may have been amended in accordance with the wishes of the applicant. However any such amendments are not reflected in this Application Report. Any such amendments will be reflected via a comparison between the Application Report and the Registration Certificate. Amendments may also be reflected in the correspondence records associated with an application.

The attached Application Template is meant to reflect the fields that are available to be populated in the application process. The purpose of the Application Template is not to attempt to indicate the exact language used on the date upon which the application in question was submitted. Rather, the purpose is to portray, and in a general sense explain, the fields that may be populated in an online application.

Registration Number
***-APPLICATION-***

## Copyright Registration for a Group of Unpublished Works
Registration issued pursuant to 37 C.F.R. § 202.4(c)

### Title

**Title of Group:** Four Point Insurance Inspection and 5 Other Unpublished Works

**Content Title:** Four Point Insurance Inspection
Commercial Inspection
Condominium Inspection
Multi-Unit Inspection
Home Inspection Extended
Home Inspection Standard

### Completion/Publication

**Year of Completion:** 2019

### Author

- **Author:** ReportHost LLC
**Author Created:** Literary Works
**Work made for hire:** Yes
**Citizen of:** United States
**Domiciled in:** United States

### Copyright Claimant

**Copyright Claimant:** ReportHost LLC
10034 43rd Pl. NE, Seattle, WA, 98125, United States

### Limitation of copyright claim

**Material excluded from this claim:** text

### Rights and Permissions

**Organization Name:** Lee & Hayes PC
**Name:** Ethan Vodde
**Email:** ethan.vodde@leehayes.com
**Telephone:** (509)944-4684
**Address:** 601 W. Riverside
Suite 1400
Spokane, WA 99201 United States

## Certification

**Name:** Ethan B. Vodde, Authorized agent
**Date:** March 12, 2020

---

**Copyright Office notes:** Regarding group registration: A group of unpublished works may be registered in the same administrative class under 202.4(c) if the following requirements have been met: 1) All the works must be unpublished; 2) the group may include up to ten works; 3) a title must be provided for each work; 4) all the works must be created by the same author or the same joint authors; 5) the authorship claimed in each work must be the same; and 6) the author and claimant for each work must be the same person or organization.

**Registration #:** *-APPLICATION-*
**Service Request #:** 1-8634002821

## Mail Certificate

Lee & Hayes, PC
Ethan Vodde
601 W. Riverside
Suite 1400
Spokane, WA 99201 United States

**Priority:** Routine **Application Date:** March 12, 2020

## Correspondent


**Organization Name:** Lee & Hayes PC
**Name:** Ethan Vodde
**Email:** ethan.vodde@leehayes.com
**Telephone:** (509)944-4684
**Address:** 601 W. Riverside
Suite 1400
Spokane, WA 99201 United States

# APPLICATION TEMPLATE FOR COPYRIGHT REGISTRATION

* Designates Required Fields

## 1 WORK BEING REGISTERED

**1a.** * Type of work being registered (*Fill in one only*)
- ☐ Literary work
- ☐ Performing arts work
- ☐ Visual arts work
- ☐ Motion picture/audiovisual work
- ☐ Sound recording
- ☐ Single serial issue

**1b.** * Title of this work (*one title per space*)

**1c.** For a serial issue: Volume Number Issue ISSN

Frequency of publication: Other

**1d.** Previous or alternative title

**1e.** * Year of completion

**Publication** (*If this work has not been published, skip to section 2*)

**1f.** Date of publication (*mm/dd/yyyy*) **1g.** ISBN

**1h.** Nation of publication ☐ United States ☐ Other Other

**1i.** Published as a contribution in a larger work entitled

**1j.** If line 1i above names a serial issue Volume Number Issue On pages

**1k.** If work was preregistered Number PRE-

## 2 AUTHOR INFORMATION

**2a.** Personal name ***complete either 2a or 2b***

First Name Middle Last

**2b.** Organization name

**2c.** Doing business as

**2d.** Year of birth **2e.** Year of death

**2f.** * ☐ Citizenship ☐ United States ☐ Other Other

☐ Domicile ☐ United States ☐ Other Other

**2g.** Author's contribution: ☐ Made for hire ☐ Anonymous

☐ Pseudonymous (Pseudonym is:

**2h.** * **This author created** *Fill in only the authorship that applies to this author)*

Depending upon the type of work being registered, Applicant may select various types of authorship. The options, which have changed over time and which differ depending on the type of work being registered, have included:

- Editing/Editor
- Entire Motion Picture
- Direction/Director
- Production/Producer
- Script/Screenplay
- Cinematography/Cinematographer
- Sound Recording
- Music
- Lyrics
- Performance
- Production
- Remix
- Photograph(s)
- Artwork
- Compilation
- Text of Liner Notes
- Text
- 2-D Artwork
- Photograph(s)
- Sculpture/3-D Artwork
- Jewelry Design
- Architectural Work
- Map and/or Technical Drawing
- Musical Arrangement
- Translation
- Compilation
- Computer Program
- Other

Other:

# 3 COPYRIGHT CLAIMANT INFORMATION

**Claimant** ***complete either 3a or 3b*** - If you do not know the address for a claimant, enter "not known" in the Street address and City fields.

**3a.** Personal name — First Name | Middle | Last

**3b.** Organization name

**3c.** Doing business as

**3d.** Street address *

Street address (line 2)

City * | State | ZIP / Postal code | Country

Email | Phone number *(Add "+" and country code for foreign numbers)*

**3e.** If claimant is **not** an author, copyright ownership acquired by: ☐ Written agreement ☐ Will or inheritance ☐ Other

Other

# 4 LIMITATION OF COPYRIGHT CLAIM

**Skip section 4 if this work is all new.**

**4a.** Material excluded from this claim *(Material previously registered, previously published, or not owned by this claimant)* Depending upon the type of work being registered, Applicant may select various types of material. The options, which have changed over time and which differ depending on the type of work being registered, have included:

- Script/Screenplay
- Preexisting music
- Preexisting footage
- Preexisting photograph(s)
- Sound recording
- Production
- Performance
- Music
- Lyrics
- Text
- 2D Artwork
- Jewelry design
- Sculpture/3D Artwork
- Map and/or technical drawing
- Musical arrangement
- Artwork
- Computer program
- Editing
- Translation
- Compilation
- Other

**4b.** Previous registration(s) Number Year

**4c.** New material included in this claim *(The work contains new, additional, or revised material)* Depending upon the type of work being registered, Applicant may select various types of material. The options, which have changed over time and which differ depending on the type of work being registered, have included:

- Editing
- New narration
- Additional new footage
- Revisions/additions to script
- Production as a motion picture
- All other cinematographic material
- Sound recording
- Production
- Performance
- Music
- Lyrics
- Text
- 2D Artwork
- Photograph(s)
- Jewelry design
- Architectural work
- Sculpture/3D Artwork
- Map and/or technical drawing
- Musical arrangement
- Artwork
- Translation
- Compilation
- Computer program
- Other

Other:

# 5 RIGHTS AND PERMISSIONS CONTACT

First Name | Middle | Last

Name of organization

Street address

Street address (line 2)

City | State | ZIP / Postal code | Country

Email | Phone number | *(Add "+" and country code for foreign numbers)*

## 6 CORRESPONDENCE CONTACT

First name * | Middle | Last *

Name of organization

Street address *

Street address (line 2)

City * | State | ZIP / Postal code | Country

Email * | Daytime phone number | *(Add "+" and country code for foreign numbers)*

*** Complete either 7a, 7b, or both**

## 7 MAIL CERTIFICATE TO:

7a. First Name | Middle | Last

7b. Name of organization

7c. Street address *

Street address (line 2)

City * | State | ZIP / Postal code | Country

## 8 CERTIFICATION

17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

I certify that I am the author, copyright claimant, or owner of exclusive rights, or the authorized agent of the author, copyright claimant, or owner of exclusive rights, of this work, and that the information given in this application is correct to the best of my knowledge.

**8a.** Signature

**8b.** Printed name | **8c.** Date signed

**8d.** Deposit account number | Account holder

## 9 Note to Copyright Office (Optional):

## 10 Special Handling (Optional)

Complete this section only if you are applying for special handling of the case. The Application must be certified for Special Handling by the author/claimant of exclusive right(s), or by the authorized agent of any of the preceding.

**Warning: The special handling fee for a single claim is $760**

Special Handling (The information requested below is required for Special Handling claims) ☐

**Compelling** Reason(s) (At least one must be selected)

Pending or prospective ☐

Customs matters ☐

Contract or publishing deadlines that necessitate the expedited issuance of a certificate ☐

I certify that I am the author, copyright claimant of exclusive rights, or the authorized agent of the author, copyright claimant of exclusive rights of this work. ☐

Explanation for Special Handling:

This is the place to give any comments/instructions regarding special handling specific to this claim.